# United States Bankruptcy Court
## Western District of Pennsylvania

In re: Shawn A Fehl / Holly L King, Debtor(s)

Case No. 19-24065
Chapter 13

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Shawn A Fehl**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [ ] I have not been employed by any employer within the 60 days before the date of the filing of the petition.
- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because ____
- [✓] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I, **Holly L King**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [ ] I have not been employed by any employer within the 60 days before the date of the filing of the petition.
- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because ____
- [✓] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date: November 25, 2019    Signature: /s/ Shawn A Fehl
Shawn A Fehl
Debtor

Date: November 25, 2019    Signature: /s/ Holly L King
Holly L King
Joint Debtor

VETERANS AFFAIRS
Home
  STATEMENTS
Leave and Earnings Statement
Foreign Entitlements Statement
IRS Form 1095
Tax Statement (W-2)
Travel/Miscellaneous Tax Statement (W-2)
Court Orders
Debt Letters
Travel Voucher Advice of Payment (AOP)
Turn On/Off Hard Copy Statements
  PAY CHANGES
Allotments
Correspondence Address
Direct Deposit
Federal Employee Health Benefits
FEHB Premium Conversion
Federal Withholding
Health Savings Account
State Withholding
Thrift Savings Plan (TSP)
Thrift Savings Plan (TSP) Catch-up

# LEAVE AND EARNINGS STATEMENT (LES)

09/14/2019                                                    Printer Friendly LES

**DEPARTMENT OF DEFENSE**
**CIVILIAN LEAVE AND EARNINGS STATEMENT**
VISIT THE DFAS WEB SITE AT WWW.DFAS.MIL

1. Pay Period End: 09/14/19
2. Pay Date: 09/20/19

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| FEHL SHAWN A | GS 08 06 | 30.22 | 45.33 | 63077.00  0.00  63077.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6375 | 18.86 | E | 03/14/06 | 240 | 01/04/20 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment # 2 |
|---|---|---|
| FIRST NATIONAL BANK OF PENN | PNC BANK, NATIONAL ASSOCIAT | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement FERS: 3257.53 | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | M | 0 | | 0422079 | S | 0 | 0 | PITTSBURGH C NR | | |
| PA | S | 0 | | 0422546 | S | 0 | 0 | STOWE TWP | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 3884.18 | 62176.94 | |
| TAXABLE WAGES | 3686.76 | 58447.76 | |
| NONTAXABLE WAGES | 197.42 | 3729.18 | |
| TAX DEFERRED WAGES | | | |
| DEDUCTIONS | 2319.47 | 39638.10 | |
| AEIC | | | ROTH DATA 5% |
| NET PAY | 1564.71 | 22538.84 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2417.60 | TOUR DIFF | 80.00 | 242.40 | SAT PREM T38 | 12.00 | 90.96 |
| SUN PREM T38 | 24.00 | 181.92 | | | | | | |

### RETROACTIVE EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| NIGHT DIFF | 80.00 | 694.14 | SAT PREM T38 | 39.00 | 257.16 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 950.00 | 18050.00 | FEGLI | Y5 | 9.90 | 183.15 |
| FEGLI OPTNL | BC | 14.85 | 275.55 | FEHB | 315 | 148.11 | 2795.90 |
| MEDICARE | | 53.46 | 847.49 | OASDI | | 228.58 | 3623.76 |
| RETIRE, FERS | K | 19.34 | 360.65 | TAX, FEDERAL | | 468.18 | 5905.48 |
| TAX, LST | 422070 | 2.00 | 38.00 | TAX, LOCAL | 422546 | 36.86 | 583.26 |
| TAX, STATE | PA | 113.18 | 1795.46 | TSP LOANS | 213001G | 104.84 | 1991.96 |
| DENTAL | | 42.28 | 709.71 | VISION | | 7.03 | 133.57 |
| ROTH DED | | 120.88 | 2254.16 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 154.75 | 6.00 | 108.00 | | 81.00 | | 181.75 | 118.25 |
| SICK | 102.25 | 4.00 | 72.00 | | 56.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.95 | 91.58 | FEHB | 444.35 | 8388.03 |
| MEDICARE | 53.46 | 847.49 | OASDI | 228.58 | 3623.76 |
| RETIRE, FERS | 331.21 | 6176.44 | TSP BASIC | 24.18 | 450.78 |
| TSP MATCHING | 96.70 | 1803.38 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
CELEBRATE CONSTITUTION DAY ON SEPTEMBER 17 AND ALL YEAR!
VISIT HTTPS://CONSTITUTIONDAY.CPMS.OSD.MIL
PRETAX FEHB EXCLUSION $ 148.11

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

--Back to top--

Version 4783

myPay Web Site　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　11/17/19, 12:37 PM

VETERANS AFFAIRS
Home
   STATEMENTS
Leave and Earnings Statement
Foreign Entitlements Statement
IRS Form 1095
Tax Statement (W-2)
Travel/Miscellaneous Tax Statement (W-2)
Court Orders
Debt Letters
Travel Voucher Advice of Payment (AOP)
Turn On/Off Hard Copy Statements
   PAY CHANGES
Allotments
Correspondence Address
Direct Deposit
Federal Employee Health Benefits
FEHB Premium Conversion
Federal Withholding
Health Savings Account
State Withholding
Thrift Savings Plan (TSP)
Thrift Savings Plan (TSP) Catch-up

# LEAVE AND EARNINGS STATEMENT (LES)

10/12/2019　　　　　　　　　　　　　　　　　　　　　　　　　　　Printer Friendly LES

**DEPARTMENT OF DEFENSE**
**CIVILIAN LEAVE AND EARNINGS STATEMENT**
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

1. Pay Period End: 10/12/19
2. Pay Date: 10/18/19

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| FEHL SHAWN A | GS 08 06 | 30.22 | 45.33 | 63077.00  0.00  63077.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6375 | 18.86 | E | 03/14/06 | 240 | 01/04/20 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| FIRST NATIONAL BANK OF PENN | PNC BANK, NATIONAL ASSOCIAT | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement FERS: 3296.21 | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | M | 0 | 0422079 | | S | 0 | 0 | PITTSBURGH C NR | | |
| PA | S | 0 | 0422546 | | S | 0 | 0 | STOWE TWP | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2769.36 | 67979.18 | |
| TAXABLE WAGES | 2571.94 | 63755.16 | |
| NONTAXABLE WAGES | 197.42 | 4124.02 | |
| TAX DEFERRED WAGES | | | |
| DEDUCTIONS | 1959.91 | 43596.71 | ROTH DATA 5% |
| AEIC | | | |
| NET PAY | 809.45 | 24282.47 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2417.60 | TOUR DIFF | 16.00 | 48.48 | SAT PREM T38 | 8.00 | 60.64 |
| HOL PREM T38 | 8.00 | 242.64 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 950.00 | 19950.00 | FEGLI | Y5 | 9.90 | 202.95 |
| FEGLI OPTNL | BC | 14.85 | 305.25 | FEHB | 315 | 148.11 | 3092.12 |
| MEDICARE | | 37.29 | 924.45 | OASDI | | 159.46 | 3952.82 |
| RETIRE, FERS | K | 19.34 | 399.33 | TAX, FEDERAL | | 239.25 | 6403.60 |
| TAX, LST | 422079 | 2.00 | 42.00 | TAX, LOCAL | 422546 | 25.72 | 636.33 |
| TAX, STATE | PA | 78.96 | 1958.40 | TSP LOANS | 213001G | 104.84 | 2201.64 |
| DENTAL | | 42.28 | 884.27 | VISION | | 7.03 | 147.63 |
| ROTH DED | | 120.88 | 2495.92 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 154.75 | 6.00 | 120.00 | 64.00 | 145.00 | | 129.75 | 128.25 |
| SICK | 102.25 | 4.00 | 80.00 | | 56.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.95 | 101.48 | FEHB | 444.35 | 9276.78 |
| MEDICARE | 37.29 | 924.45 | OASDI | 159.46 | 3952.82 |
| RETIRE, FERS | 331.21 | 6838.86 | TSP BASIC | 24.18 | 499.14 |
| TSP MATCHING | 96.70 | 1996.78 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
PRETAX FEHB EXCLUSION $ 148.11

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

--Back to top--

Version 4783

https://mypay.dfas.mil/#/civilian/les　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

myPay Web Site                                                                                                                                                        11/17/19, 12:25 PM

**VETERANS AFFAIRS**

Home
- STATEMENTS
  - Leave and Earnings Statement
  - Foreign Entitlements Statement
  - IRS Form 1095
  - Tax Statement (W-2)
  - Travel/Miscellaneous Tax Statement (W-2)
  - Court Orders
  - Debt Letters
  - Travel Voucher Advice of Payment (AOP)
  - Turn On/Off Hard Copy Statements
- PAY CHANGES
  - Allotments
  - Correspondence Address
  - Direct Deposit
  - Federal Employee Health Benefits
  - FEHB Premium Conversion
  - Federal Withholding
  - Health Savings Account
  - State Withholding
  - Thrift Savings Plan (TSP)
  - Thrift Savings Plan (TSP) Catch-up

# LEAVE AND EARNINGS STATEMENT (LES)

09/28/2019                                    Printer Friendly LES

**DEPARTMENT OF DEFENSE**
**CIVILIAN LEAVE AND EARNINGS STATEMENT**
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

1. Pay Period End: 09/28/19
2. Pay Date: 10/04/19

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| FEHL SHAWN A | GS 08 05 | 30.22 | 45.33 | 63077.00  0.00  63077.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6375 | 18.85 | F | 03/14/06 | 240 | 01/04/20 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| FIRST NATIONAL BANK OF PENN | PNC BANK, NATIONAL ASSOCIAT | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement FERS: 3276.87 | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | M | 0 | 0422079 | | S | 0 | 0 | PITTSBURGH C NR | | |
| PA | S | 0 | 0422546 | | S | 0 | 0 | STOWE TWP | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2932.88 | 65109.82 | |
| TAXABLE WAGES | 2735.46 | 61183.22 | |
| NONTAXABLE WAGES | 197.42 | 3926.60 | |
| TAX DEFERRED WAGES | | | |
| DEDUCTIONS | 1998.70 | 41636.80 | ROTH DATA 5% |
| AEIC | | | |
| NET PAY | 934.18 | 23473.02 | |

**CURRENT EARNINGS**

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2417.60 | TOUR DIFF | 80.00 | 242.40 | SAT PREM T38 | 12.00 | 90.96 |
| SUN PREM T38 | 24.00 | 181.92 | | | | | | |

**DEDUCTIONS**

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 950.00 | 19000.00 | FEGLI | Y5 | 9.90 | 193.05 |
| FEGLI OPTNL | BC | 14.85 | 290.40 | FEHB | 315 | 148.11 | 2944.01 |
| MEDICARE | | 39.67 | 887.16 | OASDI | | 169.60 | 3793.36 |
| RETIRE, FERS | K | 19.34 | 379.99 | TAX, FEDERAL | | 258.87 | 6164.35 |
| TAX, LST | 422079 | 2.00 | 40.00 | TAX, LOCAL | 422546 | 27.35 | 610.61 |
| TAX, STATE | PA | 83.98 | 1879.44 | TSP LOANS | 213001G | 104.84 | 2096.80 |
| DENTAL | | 42.28 | 841.99 | VISION | | 7.03 | 140.60 |
| ROTH DED | | 120.83 | 2375.04 | | | | |

**LEAVE**

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 154.75 | 6.00 | 114.00 | | 81.00 | | 187.75 | 122.25 |
| SICK | 102.25 | 4.00 | 76.00 | | 56.00 | | 122.25 | |

**BENEFITS PAID BY GOVERNMENT FOR YOU**

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.95 | 96.53 | FEHB | 444.35 | 8832.43 |
| MEDICARE | 39.67 | 887.16 | OASDI | 169.60 | 3793.36 |
| RETIRE, FERS | 331.21 | 6507.65 | TSP BASIC | 24.18 | 474.96 |
| TSP MATCHING | 96.70 | 1900.08 | | | |

**REMARKS**

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
PRETAX FEHB EXCLUSION $ 148.11

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

--Back to top--

Version 4783

https://mypay.dfas.mil/#/civilian/les                                                                                                        Page 1 of 1

## Earnings Statement  ADP

**MAXIM HEALTHCARE SERVICES, INC.**
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

21849-0001

Period Beginning: 09/22/2019
Period Ending: 09/28/2019
Pay Date: 10/04/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  WV: 0.Tax Blocked
  PA: N/A

HOLLY KING
1517 BROADWAY AVE.
MCKEES ROCKS PA 15136

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.0000 | 40.00 | 960.00 | 22,830.00 |
| Over Time | 77.0000 | 19.00 | 1,463.00 | 27,870.50 |
| Bonus | | | | 911.00 |
| Orientation | | | | 15.00 |
| **Gross Pay** | | | **$2,423.00** | 51,626.50 |

Your federal taxable wages this period are $2,423.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ca/Citysickbal | | 0.00 |

**Important Notes**
COMPANY PHONE NUMBER 1.800.394.7195.

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -451.96 | 9,509.45 |
| | Social Security Tax | -150.22 | 3,200.84 |
| | Medicare Tax | -35.13 | 748.58 |
| | PA State Income Tax | -74.39 | 1,584.95 |
| | **Other** | | |
| | Mileage | -400.00 | |
| | Mss Meal Allow | -4,320.00 | |
| | Tm Dst Travel | -162.34 | |
| | Tm Housing | -16,596.00 | |
| | **Adjustment** | | |
| | Mss Meal Allow | +260.00 | |
| | Tm Housing | +700.00 | |
| **Net Pay** | | **$2,671.30** | |
| | Dd Checking 1 | -2,271.30 | |
| | Dd Savings 1 | -400.00 | |
| **Net Check** | | **$0.00** | |

| Earnings | rate | hours | this period |
|---|---|---|---|
| (0922-QUALIVIS) | | | |
| Regular | 24.0000 | 17.00 | 408.00 |
| (0923-QUALIVIS) | | | |
| Regular | 24.0000 | 12.50 | 300.00 |
| (0924-QUALIVIS) | | | |
| Regular | 24.0000 | 10.50 | 252.00 |
| Over Time | 77.0000 | 6.50 | 500.50 |
| (0925-QUALIVIS) | | | |
| Over Time | 77.0000 | 12.50 | 962.50 |

© 2000 ADP, LLC

---

**MAXIM HEALTHCARE SERVICES, INC.**
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Advice number: 00000418832
Pay date: 10/04/2019

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit | ABA | amount |
|---|---|---|---|---|
| HOLLY KING | xxxxxx5874 | xxxx | xxxx | $2,271.30 |
| | xx9090 | xxxx | xxxx | $400.00 |

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

## Earnings Statement (ADP)

**maxim healthcare services**
MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

21501-0001

Period Beginning: 09/15/2019
Period Ending: 09/21/2019
Pay Date: 09/27/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  WV: 0, Tax Blocked
  PA: N/A

HOLLY KING
1517 BROADWAY AVE.
MCKEES ROCKS PA 15136

### Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.0000 | 40.00 | 960.00 | 21,870.00 |
| Over Time | 77.0000 | 19.00 | 1,463.00 | 26,407.50 |
| Bonus | | | | 911.00 |
| Orientation | | | | 15.00 |
| **Gross Pay** | | | **$2,423.00** | 49,203.50 |

Your federal taxable wages this period are $2,423.00

### Deductions

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -451.96 | 9,057.49 |
| Social Security Tax | | -150.23 | 3,050.62 |
| Medicare Tax | | -35.13 | 713.45 |
| PA State Income Tax | | -74.39 | 1,510.56 |
| Other | | | |
| Mileage | | | -400.00 |
| Mss Meal Allow | | | -4,060.00 |
| Tm Dst Travel | | | -162.34 |
| Tm Housing | | | -15,896.00 |
| Adjustment | | | |
| Mss Meal Allow | | +260.00 | |
| Tm Housing | | +700.00 | |
| **Net Pay** | | **$2,671.29** | |
| Dd Checking 1 | | -2,271.29 | |
| Dd Savings 1 | | -400.00 | |
| **Net Check** | | **$0.00** | |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Ca/Citysickbal | | 0.00 |

### Important Notes
COMPANY PHONE NUMBER 1.800.394.7195.

| Earnings | rate | hours | this period |
|---|---|---|---|
| (0915-QUALIVIS) | | | |
| Regular | 24.0000 | 17.00 | 408.00 |
| (0916-QUALIVIS) | | | |
| Regular | 24.0000 | 13.00 | 312.00 |
| (0917-QUALIVIS) | | | |
| Regular | 24.0000 | 10.00 | 240.00 |
| Over Time | 77.0000 | 6.50 | 500.50 |
| (0918-QUALIVIS) | | | |
| Over Time | 77.0000 | 12.50 | 962.50 |

© 2000 ADP, LLC

---

**maxim healthcare services**
MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Advice number: 00000408548
Pay date: 09/27/2019

Deposited to the account of
HOLLY KING

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx5874 | xxxx | xxxx | $2,271.29 |
| xx9090 | xxxx | xxxx | $400.00 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

## Earnings Statement

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Period Beginning: 09/08/2019
Period Ending: 09/14/2019
Pay Date: 09/20/2019

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 WV: 0, Tax Blocked
 PA: N/A

HOLLY KING
1517 BROADWAY AVE.
MCKEES ROCKS PA 15136

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.0000 | 40.00 | 960.00 | 20,910.00 |
| Over Time | 77.0000 | 12.00 | 924.00 | 24,944.50 |
| Bonus | | | | 911.00 |
| Orientation | | | | 15.00 |
| **Gross Pay** | | | **$1,884.00** | 46,780.50 |

Your federal taxable wages this period are $1,884.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cal/Citysickbal | | 0.00 |

**Important Notes**
COMPANY PHONE NUMBER 1.800.394.7195.

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | -322.60 | | 8,605.53 |
| Social Security Tax | -116.81 | | 2,900.39 |
| Medicare Tax | -27.32 | | 678.32 |
| PA State Income Tax | -57.84 | | 1,436.17 |
| Other | | | |
| Mileage | | | -400.00 |
| Mss Meal Allow | | | -3,800.00 |
| Tm Dst Travel | | | -162.34 |
| Tm Housing | | | -15,196.00 |
| Adjustment | | | |
| Mss Meal Allow | +260.00 | | |
| Tm Housing | +700.00 | | |
| **Net Pay** | | | **$2,319.43** |
| Dd Checking 1 | -1,919.43 | | |
| Dd Savings 1 | -400.00 | | |
| **Net Check** | | | **$0.00** |

| Earnings | rate | hours | this period |
|---|---|---|---|
| (0911-QUALIVIS) | | | |
| Regular | 24.0000 | 16.50 | 396.00 |
| (0912-QUALIVIS) | | | |
| Regular | 24.0000 | 13.00 | 312.00 |
| (0913-QUALIVIS) | | | |
| Regular | 24.0000 | 10.00 | 240.00 |
| (0914-QUALIVIS) | | | |
| Regular | 24.0000 | .50 | 12.00 |
| Over Time | 77.0000 | 12.00 | 924.00 |

---

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Advice number: 00000398093
Pay date: 09/20/2019

Deposited to the account of
HOLLY KING

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5874 | xxxx xxxx | $1,919.43 |
| xx9090 | xxxx xxxx | $400.00 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

**Earnings Statement** ADP

**maxim healthcare services**

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

20212-0001

Period Beginning: 09/01/2019
Period Ending: 09/07/2019
Pay Date: 09/13/2019

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 WV: 0, Tax Blocked
 PA: N/A

HOLLY KING
1517 BROADWAY AVE.
MCKEES ROCKS PA 15136

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.0000 | 40.00 | 960.00 | 19,950.00 |
| Over Time | 77.0000 | 22.00 | 1,694.00 | 24,020.50 |
| Bonus | | | | 911.00 |
| Orientation | | | | 15.00 |
| **Gross Pay** | | | **$2,654.00** | 44,896.50 |

Your federal taxable wages this period are $2,654.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cal/Citysickbal | | 0.00 |

**Important Notes**
COMPANY PHONE NUMBER 1.800.394.7195.

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | -507.40 | 8,282.93 | |
| Social Security Tax | -164.54 | 2,783.58 | |
| Medicare Tax | -38.48 | 651.00 | |
| PA State Income Tax | -81.48 | 1,378.33 | |
| Other | | | |
| Mileage | | -400.00 | |
| Mss Meal Allow | | -3,540.00 | |
| Tm Dst Travel | | -162.34 | |
| Tm Housing | | -14,496.00 | |
| Adjustment | | | |
| Mss Meal Allow | +260.00 | | |
| Tm Housing | +700.00 | | |
| **Net Pay** | | **$2,822.10** | |
| Dd Checking 1 | -2,422.10 | | |
| Dd Savings 1 | -400.00 | | |
| **Net Check** | | **$0.00** | |

| Earnings | rate | hours | this period |
|---|---|---|---|
| (0901-QUALIVIS) | | | |
| Regular | 24.0000 | 16.50 | 396.00 |
| (0902-QUALIVIS) | | | |
| Regular | 24.0000 | 16.50 | 396.00 |
| (0903-QUALIVIS) | | | |
| Regular | 24.0000 | 7.00 | 168.00 |
| Over Time | 77.0000 | 9.50 | 731.50 |
| (0904-QUALIVIS) | | | |
| Over Time | 77.0000 | 12.50 | 962.50 |

©1992 ADP, Inc.

**maxim healthcare services**

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Advice number: 00000387470
Pay date: 09/13/2019

Deposited to the account of
HOLLY KING

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5874 | xxxx xxxx | $2,422.10 |
| xx9090 | xxxx xxxx | $400.00 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

## Earnings Statement

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

20137-0001

Period Beginning: 08/25/2019
Period Ending: 08/31/2019
Pay Date: 09/06/2019

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 WV: 0,Tax Blocked
 PA: N/A

HOLLY KING
1517 BROADWAY AVE.
MCKEES ROCKS PA 15136

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.0000 | 40.00 | 960.00 | 18,990.00 |
| Over Time | 77.0000 | 21.00 | 1,617.00 | 22,326.50 |
| Bonus | | | | 911.00 |
| Orientation | | | | 15.00 |
| **Gross Pay** | | | **$2,577.00** | 42,242.50 |

Your federal taxable wages this period are $2,577.00

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -488.92 | 7,775.53 |
| | Social Security Tax | -159.78 | 2,619.04 |
| | Medicare Tax | -37.37 | 612.52 |
| | PA State Income Tax | -79.11 | 1,296.85 |
| | Other | | |
| | Mileage | | -400.00 |
| | Mss Meal Allow | | -3,280.00 |
| | Tm Dst Travel | | -162.34 |
| | Tm Housing | | -13,796.00 |
| | Adjustment | | |
| | Mss Meal Allow | +260.00 | |
| | Tm Housing | +700.00 | |
| **Net Pay** | | **$2,771.82** | |
| | Dd Checking 1 | -2,371.82 | |
| | Dd Savings 1 | -400.00 | |
| **Net Check** | | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Ca/Citysickbal | | 0.00 |

**Important Notes**
COMPANY PHONE NUMBER 1.800.394.7195.

| Earnings | rate | hours | this period |
|---|---|---|---|
| (0827-QUALIVIS) | | | |
| Regular | 24.0000 | 8.50 | 204.00 |
| (0828-QUALIVIS) | | | |
| Regular | 24.0000 | 11.00 | 264.00 |
| (0829-QUALIVIS) | | | |
| Regular | 24.0000 | 16.50 | 396.00 |
| (0830-QUALIVIS) | | | |
| Regular | 24.0000 | 4.00 | 96.00 |
| Over Time | 77.0000 | 8.50 | 654.50 |
| (0831-QUALIVIS) | | | |
| Over Time | 77.0000 | 12.50 | 962.50 |

© 2000 ADP, LLC

---

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Advice number: 00000377504
Pay date: 09/06/2019

Deposited to the account of
HOLLY KING

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5874 | xxxx xxxx | $2,371.82 |
| xx9090 | xxxx xxxx | $400.00 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| IFN | 946429 | 626800 | TM | 0000367338 | 2 |

**maxim** healthcare services

20065-0001
MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

## Earnings Statement    ADP

Period Beginning:   08/18/2019
Period Ending:      08/24/2019
Pay Date:           08/30/2019

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:    0
  WV:         0, Tax Blocked
  PA:         N/A

HOLLY KING
1517 BROADWAY AVE.
MCKEES ROCKS PA 15136

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.0000 | 40.00 | 960.00 | 18,030.00 |
| Over Time | 77.0000 | 23.00 | 1,771.00 | 20,709.50 |
| Bonus | | | | 911.00 |
| Orientation | | | | 15.00 |
| Gross Pay | | | $2,731.00 | 39,665.50 |

Your federal taxable wages this period are
$2,731.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ca/Citysickbal | | 0.00 |

**Important Notes**
COMPANY PHONE NUMBER 1.800.394.7195.

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | -525.88 | 7,286.61 | |
| Social Security Tax | -169.32 | 2,459.26 | |
| Medicare Tax | -39.60 | 575.15 | |
| PA State Income Tax | -83.84 | 1,217.74 | |
| Other | | | |
| Mileage | | -400.00 | |
| Mss Meal Allow | | -3,020.00 | |
| Tm Dst Travel | | -162.34 | |
| Tm Housing | | -13,096.00 | |
| Adjustment | | | |
| Mss Meal Allow | | +260.00 | |
| Tm Housing | | +700.00 | |
| Net Pay | | $2,872.36 | |
| Dd Checking 1 | | -2,472.36 | |
| Dd Savings 1 | | -400.00 | |
| Net Check | | $0.00 | |

| Earnings | rate | hours | this period |
|---|---|---|---|
| (0818-QUALIVIS) | | | |
| Regular | 24.0000 | 12.50 | 300.00 |
| (0819-QUALIVIS) | | | |
| Regular | 24.0000 | 12.50 | 300.00 |
| (0820-QUALIVIS) | | | |
| Regular | 24.0000 | 13.00 | 312.00 |
| (0821-QUALIVIS) | | | |
| Regular | 24.0000 | 2.00 | 48.00 |
| Over Time | 77.0000 | 10.50 | 808.50 |
| (0822-QUALIVIS) | | | |
| Over Time | 77.0000 | 12.50 | 962.50 |

© 2000 ADP LLC

---

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Advice number:   00000367338
Pay date:        08/30/2019

Deposited to the account of
HOLLY KING

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx5874 | xxxx | xxxx | $2,472.36 |
| xx9090 | xxxx | xxxx | $400.00 |

THIS IS NOT A CHECK

VOID AFTER 100 DAYS

**NON-NEGOTIABLE**

## Earnings Statement

**MAXIM HEALTHCARE SERVICES, INC.**
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

| | |
|---|---|
| Period Beginning: | 08/11/2019 |
| Period Ending: | 08/17/2019 |
| Pay Date: | 08/23/2019 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  WV: 0,Tax Blocked
  PA: N/A

HOLLY KING
1517 BROADWAY AVE.
MCKEES ROCKS PA 15136

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.0000 | 40.00 | 960.00 | 17,070.00 |
| Over Time | 77.0000 | 22.50 | 1,732.50 | 18,938.50 |
| Bonus | | | | 911.00 |
| Orientation | | | | 15.00 |
| **Gross Pay** | | | **$2,692.50** | 36,934.50 |

Your federal taxable wages this period are $2,692.50

**Important Notes**
COMPANY PHONE NUMBER 1.800.394.7195.

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | -516.64 | | 6,760.73 |
| Social Security Tax | -166.94 | | 2,289.94 |
| Medicare Tax | -39.04 | | 535.55 |
| PA State Income Tax | -82.66 | | 1,133.90 |
| Other | | | |
| Mileage | | | -150.00 |
| Mss Meal Allow | | | -2,760.00 |
| Tm Dst Travel | | | -162.34 |
| Tm Housing | | | -12,396.00 |
| Adjustment | | | |
| Mss Meal Allow | +260.00 | | |
| Tm Housing | +700.00 | | |
| **Net Pay** | | **$2,847.22** | |
| Dd Checking 1 | -2,447.22 | | |
| Dd Savings 1 | -400.00 | | |
| **Net Check** | | **$0.00** | |

| Earnings | rate | hours | this period |
|---|---|---|---|
| (0813-QUALIVIS) | | | |
| Regular | 24.0000 | 12.50 | 300.00 |
| (0814-QUALIVIS) | | | |
| Regular | 24.0000 | 12.50 | 300.00 |
| (0815-QUALIVIS) | | | |
| Regular | 24.0000 | 12.50 | 300.00 |
| (0816-QUALIVIS) | | | |
| Regular | 24.0000 | 2.50 | 60.00 |
| Over Time | 77.0000 | 10.00 | 770.00 |
| (0817-QUALIVIS) | | | |
| Over Time | 77.0000 | 12.50 | 962.50 |

---

**MAXIM HEALTHCARE SERVICES, INC.**
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Advice number: 00000357119
Pay date: 08/23/2019

Deposited to the account of
HOLLY KING

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5874 | xxxx xxxx | $2,447.22 |
| xx9090 | xxxx xxxx | $400.00 |

THIS IS NOT A CHECK
VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

## Earnings Statement

**ADP**

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

19552-0001

Period Beginning: 08/04/2019
Period Ending:    08/10/2019
Pay Date:         08/16/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  WV:      0, Tax Blocked
  PA:      N/A

HOLLY KING
1517 BROADWAY AVE.
MCKEES ROCKS PA 15136

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.0000 | 38.25 | 918.00 | 16,110.00 |
| Bonus | | | 250.00 | 911.00 |
| Over Time | | | | 17,206.00 |
| Orientation | | | | 15.00 |
| Gross Pay | | | $1,168.00 | 34,242.00 |

Your federal taxable wages this period are $1,168.00

**Important Notes**
COMPANY PHONE NUMBER 1.800.394.7195.

| Earnings | rate | hours | this period |
|---|---|---|---|
| (0804-QUALIVIS) | | | |
| Regular | 24.0000 | 13.25 | 318.00 |
| Bonus | | | 250.00 |
| (0805-QUALIVIS) | | | |
| Regular | 24.0000 | 12.50 | 300.00 |
| (0806-QUALIVIS) | | | |
| Regular | 24.0000 | 12.50 | 300.00 |

**Deductions**

Statutory
  Federal Income Tax     -161.24    6,244.09
  Social Security Tax     -72.41    2,123.00
  Medicare Tax            -16.94      496.51
  PA State Income Tax     -35.86    1,051.24

Other
  Mileage                            -150.00
  Mss Meal Allow                   -2,500.00
  Tm Dst Travel                      -162.34
  Tm Housing                      -11,696.00

Adjustment
  Mss Meal Allow        +260.00
  Tm Housing            +700.00

Net Pay                 $1,841.55
  Dd Checking 1       -1,441.55
  Dd Savings 1          -400.00
Net Check                   $0.00

---

**maxim** healthcare services

MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Advice number: 00000347072
Pay date:      08/16/2019

Deposited to the account of
HOLLY KING

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5874 | xxxx xxxx | $1,441.55 |
| xx9090 | xxxx xxxx | $400.00 |

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**