| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Shawn A Fehl** | Social Security number or ITIN | xxx–xx–6375 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Holly L King** | Social Security number or ITIN | xxx–xx–1574 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter 13 | 10/18/19 |
| Case number: | 19–24065–CMB | | |

Official Form 309I
# Notice of Chapter 13 Bankruptcy Case                                       12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Shawn A Fehl | Holly L King |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1517 Broadway Avenue<br>Elderton, PA 15136 | 1517 Broadway Avenue<br>Elderton, PA 15136 |
| 4. | **Debtor's attorney**<br>Name and address | Paul W. McElrath Jr.<br>McElrath Legal Holdings, LLC.<br>1641 Saw Mill Run Boulevard<br>Pittsburgh, PA 15210 | Contact phone 412–765–3606<br><br>Email: ecf@mcelrathlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 12/2/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 6, 2020 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/6/20**<br><br><br><br><br><br>**Filing deadline: 12/27/19**<br><br>**Filing deadline: 4/15/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**1/6/20** at **11:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                              Case No. 19-24065-CMB
Shawn A Fehl                                                        Chapter 13
Holly L King
         Debtors                          CERTIFICATE OF NOTICE
District/off: 0315-2           User: nsha                  Page 1 of 4                  Date Rcvd: Dec 02, 2019
                               Form ID: 309I               Total Noticed: 90


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2019.
db/jdb         +Shawn A Fehl,    Holly L King,    1517 Broadway Avenue,    Elderton, PA 15136-1703
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Keri P. Ebeck,    Bernstein-Burkley,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1945
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15165356       +AES/ Chase Bank,    POB 61047,    Harrisburg, PA 17106-1047
15141605       +Aes/pnc Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
15141609       +Becket & Lee,    16 General Warren Blvd.,    Malvern, PA 19355-1245
15141610       +Best Buy/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
15141612       +Ccb/apples,    Po Box 182120,    Columbus, OH 43218-2120
15141613        Ces/gco Elf Dep,    C/o Acs,    Utica, NY 13501
15141614        Ces/wells Fargo,    C/o Acs,    Utica, NY 13501
15141615       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
15165371       +Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
15141624       +Comenitycb/myplacerwds,    Po Box 182120,    Columbus, OH 43218-2120
15141625       +Cornerstone,    Pob Box 145122,    Salt Lake City, UT 84114-5122
15141629       +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
15141630       +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
15141631       +First National Bank Of,    4140 E State St,    Hermitage, PA 16148-3401
15141632       +First Natl Bk Of Pa,    4140 E State St,    Hermitage, PA 16148-3401
15141633       +Fnb Omaha,    P.o. Box 3412,    Omaha, NE 68197-0001
15156915       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
15141636       +Jpmcb Hl,    700 Kansas Lane,    Monroe, LA 71203-4774
15141637       +Kia Motors Finance,    10550 Talbert Ave,    Fountain Valley, CA 92708-6031
15141640       +Midland Mtg/midfirst,    Pob 268959,    Oklahoma City, OK 73126-8959
15165404       +PA Department Of Labor & Industry,    PO Box 28405,    Harrisburg, PA 17128-0001
15141644       +Prosper Marketplace In,    221 Main Street,    San Francisco, CA 94105-1906
15165409       +Robertson, Anschutz & Schneid, P.L,    6409 Congress Ave., Suite 100,
                 Boca Raton, FL 33487-2853
15141646       +Sears/cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15141647       +Suntrust,    600 W Broadway Ste 2000,    San Diego, CA 92101-3358
15165426       +US Department Of Education,    c/o FedLoan Servicing,    PO Box 69184,
                 Harrisburg, PA 17106-9184
15141659       +Wells Fargo Dealer Svc,    Po Box 10709,    Raleigh, NC 27605-0709
15165430       +Westgate Resorts,    2801 Old Winter Garden Road,    Ocoee, FL 34761-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ecf@mcelrathlaw.com Dec 03 2019 03:53:56      Paul W. McElrath, Jr.,
                 McElrath Legal Holdings, LLC.,    1641 Saw Mill Run Boulevard,    Pittsburgh, PA  15210
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 03 2019 03:55:14      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Dec 03 2019 03:55:22
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +E-mail/Text: kburkley@bernsteinlaw.com Dec 03 2019 03:55:51      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +EDI: PRA.COM Dec 03 2019 08:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15141603        E-mail/Text: Bankruptcy@absoluteresolutions.com Dec 03 2019 03:54:00
                 Absolute Resolutions Investments, LLC,    8000 Norman Center Drive, Suite 350,
                 Minneapolis, MN 55437
15150955        E-mail/Text: Bankruptcy@absoluteresolutions.com Dec 03 2019 03:54:00
                 Absolute Resolutions Investments, LLC,    c/o Absolute Resolutions Corporation,
                 8000 Norman Center Drive, Suite 350,    Bloomington, MN 55437
15152039        EDI: PHINAMERI.COM Dec 03 2019 08:38:00      AmeriCredit Financial Services, Inc.,
                 dba GM Financial,    P O Box 183853,    Arlington, TX 76096
15141606       +EDI: GMACFS.COM Dec 03 2019 08:38:00      Ally Financial,    P.o. Box 380901,
                 Bloomington, MN 55438-0901
15141607        EDI: BANKAMER.COM Dec 03 2019 08:38:00      Bank Of America,    Po Box 982238,
                 El Paso, TX 79998
15165360       +EDI: TSYS2.COM Dec 03 2019 08:38:00      Barclay’s Bank,    700 Prides Xing Road,
                 Newark, DE 19713-6109
15141608       +EDI: TSYS2.COM Dec 03 2019 08:38:00      Barclays Bank Delaware,    P.o. Box 8803,
                 Wilmington, DE 19899-8803
15165362       +EDI: TSYS2.COM Dec 03 2019 08:38:00      Barclays Bank Delaware,    125 South West Street,
                 Wilmington, DE 19801-5014
```

```
District/off: 0315-2              User: nsha              Page 2 of 4              Date Rcvd: Dec 02, 2019
                                  Form ID: 309I           Total Noticed: 90


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15165365       +EDI: CAPITALONE.COM Dec 03 2019 08:38:00      Capital One,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
15141611       +EDI: CAPITALONE.COM Dec 03 2019 08:38:00      Capital One Bank Usa N,   Po Box 30281,
                 Salt Lake City, UT 84130-0281
15141616       +EDI: CITICORP.COM Dec 03 2019 08:38:00      Citibank,   701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
15141617       +EDI: CITICORP.COM Dec 03 2019 08:38:00      Citicards Cbna,   Po Box 6217,
                 Sioux Falls, SD 57117-6217
15141618       +E-mail/Text: bankruptcy@clearviewfcu.org Dec 03 2019 03:55:22       Clearview Federal Cu,
                 8805 University Blvd,   Coraopolis, PA 15108-4212
15165375       +EDI: WFNNB.COM Dec 03 2019 08:38:00      Comenity Bank-Bankruptcy Dept.,   Po Box 183043,
                 Columbus, OH 43218-3043
15141619       +EDI: WFNNB.COM Dec 03 2019 08:38:00      Comenity Bank/levin,   Po Box 182789,
                 Columbus, OH 43218-2789
15141620       +EDI: WFNNB.COM Dec 03 2019 08:38:00      Comenity Bank/lnbryant,   Po Box 182789,
                 Columbus, OH 43218-2789
15141621       +EDI: WFNNB.COM Dec 03 2019 08:38:00      Comenitybank/valuecity,   Po Box 182789,
                 Columbus, OH 43218-2789
15141622       +EDI: WFNNB.COM Dec 03 2019 08:38:00      Comenitybk/coldwater,   Po Box 182789,
                 Columbus, OH 43218-2789
15141623       +EDI: WFNNB.COM Dec 03 2019 08:38:00      Comenitycb/appleseeds,   Po Box 182120,
                 Columbus, OH 43218-2120
15141626       +EDI: NAVIENTFKASMDOE.COM Dec 03 2019 08:38:00      Dept Of Ed/navient,   Po Box 9635,
                 Wilkes Barre, PA 18773-9635
15156337        EDI: DISCOVER.COM Dec 03 2019 08:38:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
15141627       +EDI: DISCOVER.COM Dec 03 2019 08:38:00      Discover Fin Svcs Llc,   Pob 15316,
                 Wilmington, DE 19850-5316
15141628       +EDI: TSYS2.COM Dec 03 2019 08:38:00      Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
15141634       +EDI: PHINAMERI.COM Dec 03 2019 08:38:00      Gm Financial,   Po Box 181145,
                 Arlington, TX 76096-1145
15165394       +EDI: IRS.COM Dec 03 2019 08:38:00      Internal Revenue Service,   1000 Liberty Avenue,
                 Room 727,   Pittsburgh, PA 15222-4107
15141635       +EDI: CHASE.COM Dec 03 2019 08:38:00      Jpmcb Card,   Po Box 15369,   Wilmington, DE 19850-5369
15141638       +E-mail/Text: bncnotices@becket-lee.com Dec 03 2019 03:54:57       Kohls/capone,   Po Box 3115,
                 Milwaukee, WI 53201-3115
15141639       +E-mail/Text: bankruptcy@lightstream.com Dec 03 2019 03:55:54       Lightstream,
                 303 Peachtree Street Northeast,   Atlanta, GA 30308-3201
15165400       +EDI: RMSC.COM Dec 03 2019 08:38:00      Lowes Home Centers Inc,   PO Box 530914,
                 Atlanta, GA 30353-0914
15141641       +E-mail/Text: electronicbkydocs@nelnet.net Dec 03 2019 03:55:28       Nelnet Loans,   Po Box 82561,
                 Lincoln, NE 68501-2561
15150401        EDI: AGFINANCE.COM Dec 03 2019 08:38:00      OneMain Financial,   PO Box 3251,
                 Evansville, IN 47731-3251
15141642       +EDI: AGFINANCE.COM Dec 03 2019 08:38:00      Onemain,   Po Box 1010,   Evansville, IN 47706-1010
15141643        EDI: PRA.COM Dec 03 2019 08:38:00      Portfolio Recovery,   PO Box 41067,   Norfolk, VA 23541
15165406       +EDI: PRA.COM Dec 03 2019 08:38:00      PRA Receivables,   PO Box 12914,   Norfolk, VA 23541-0914
15141645        EDI: Q3G.COM Dec 03 2019 08:38:00      Quantum3 Group LLC,   P.O. Box 788,
                 Kirkland, WA 98083-0788
15165412       +EDI: RMSC.COM Dec 03 2019 08:38:00      SYNCB,   PO BOX 965015,   Orlando, FL 32896-5015
15165413       +EDI: RMSC.COM Dec 03 2019 08:38:00      SYNCB/AMAZON,   PO BOX 965015,   Orlando, FL 32896-5015
15165415       +EDI: RMSC.COM Dec 03 2019 08:38:00      SYNCB/LOWES,   PO Box 965036,   Orlando, FL 32896-5036
15165422       +EDI: RMSC.COM Dec 03 2019 08:38:00      SYNCHRONY BANK/TJX,   PO BOX 965024,
                 Orlando, FL 32896-5024
15153289       +EDI: STF1.COM Dec 03 2019 08:38:00      SunTrust Bank,   Bankruptcy Dept.,   P.O. Box 85092,
                 Richmond, VA 23286-0001
15141648       +EDI: RMSC.COM Dec 03 2019 08:38:00      Syncb/jcp,   Po Box 965007,   Orlando, FL 32896-5007
15141649       +EDI: RMSC.COM Dec 03 2019 08:38:00      Syncb/lumber Liquidato,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
15141650       +EDI: RMSC.COM Dec 03 2019 08:38:00      Syncb/lumliq,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
15141651       +EDI: RMSC.COM Dec 03 2019 08:38:00      Syncb/sams,   Po Box 965005,   Orlando, FL 32896-5005
15141652       +EDI: RMSC.COM Dec 03 2019 08:38:00      Syncb/sams Club Dc,   Po Box 965005,
                 Orlando, FL 32896-5005
15141653       +EDI: RMSC.COM Dec 03 2019 08:38:00      Syncb/sleep Number,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
15141654       +EDI: RMSC.COM Dec 03 2019 08:38:00      Syncb/tjx Cos,   Po Box 965015,   Orlando, FL 32896-5015
15142392       +EDI: RMSC.COM Dec 03 2019 08:38:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
15165423       +EDI: WTRRNBANK.COM Dec 03 2019 08:38:00      TD BANK USA/TARGET CREDIT,   3701 Wayzata Blvd,
                 Minneapolis, MN 55416-3440
15141655       +EDI: WTRRNBANK.COM Dec 03 2019 08:38:00      Td Bank Usa/targetcred,   Po Box 673,
                 Minneapolis, MN 55440-0673
15141656       +EDI: CITICORP.COM Dec 03 2019 08:38:00      Thd/cbna,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
15141657       +EDI: BLUESTEM Dec 03 2019 08:38:00      Webbank/fingerhut,   6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
```

```
District/off: 0315-2                  User: nsha                    Page 3 of 4                    Date Rcvd: Dec 02, 2019
                                      Form ID: 309I                 Total Noticed: 90


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15141658         +E-mail/Text: bncmail@w-legal.com Dec 03 2019 03:55:31       Weinstein & Riley,
                   2001 WESTERN AVENUE, STE 400,    Seattle, WA 98121-3132
                                                                                                 TOTAL: 58


                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               MIDFIRST BANK
15141604         Aes/chase Bank
15165355*       ++ABSOLUTE RESOLUTIONS CORPORATION,    8000 NORMAN CENTER DRIVE SUITE 350,
                   BLOOMINGTON MN 55437-1118
                 (address filed with court: Absolute Resolutions Investments, LLC,
                   8000 Norman Center Drive, Suite 350,    Minneapolis, MN 55437)
15165357*        +Aes/pnc Bank,    Po Box 61047,   Harrisburg, PA 17106-1047
15165358*        +Ally Financial,    P.o. Box 380901,   Bloomington, MN 55438-0901
15165359*       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
15165361*        +Barclays Bank Delaware,    P.o. Box 8803,   Wilmington, DE 19899-8803
15165363*        +Becket & Lee,    16 General Warren Blvd.,   Malvern, PA 19355-1245
15165364*        +Best Buy/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
15165366*        +Capital One Bank Usa N,    Po Box 30281,   Salt Lake City, UT 84130-0281
15165367*        +Ccb/apples,    Po Box 182120,   Columbus, OH 43218-2120
15165368*         Ces/gco Elf Dep,    C/o Acs,   Utica, NY 13501
15165369*         Ces/wells Fargo,    C/o Acs,   Utica, NY 13501
15165370*        +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                   6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
15165372*        +Citibank,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
15165373*        +Citicards Cbna,    Po Box 6217,   Sioux Falls, SD 57117-6217
15165374*        +Clearview Federal Cu,    8805 University Blvd,    Coraopolis, PA 15108-4212
15165376*        +Comenity Bank/levin,    Po Box 182789,   Columbus, OH 43218-2789
15165377*        +Comenity Bank/lnbryant,    Po Box 182789,   Columbus, OH 43218-2789
15165378*        +Comenitybank/valuecity,    Po Box 182789,   Columbus, OH 43218-2789
15165379*        +Comenitybk/coldwater,    Po Box 182789,   Columbus, OH 43218-2789
15165380*        +Comenitycb/appleseeds,    Po Box 182120,   Columbus, OH 43218-2120
15165381*        +Comenitycb/myplacerwds,    Po Box 182120,   Columbus, OH 43218-2120
15165382*        +Cornerstone,    Pob Box 145122,   Salt Lake City, UT 84114-5122
15165383*        +Dept Of Ed/navient,    Po Box 9635,   Wilkes Barre, PA 18773-9635
15165384*        +Discover Fin Svcs Llc,    Pob 15316,   Wilmington, DE 19850-5316
15165385*        +Dsnb Macys,    Po Box 8218,   Mason, OH 45040-8218
15165386*        +Fed Loan Serv,    Pob 60610,   Harrisburg, PA 17106-0610
15165387*        +Fifth Third Bank,    5050 Kingsley Dr,   Cincinnati, OH 45227-1115
15165388*        +First National Bank Of,    4140 E State St,    Hermitage, PA 16148-3401
15165389*        +First Natl Bk Of Pa,    4140 E State St,   Hermitage, PA 16148-3401
15165390*        +Fnb Omaha,    P.o. Box 3412,   Omaha, NE 68197-0001
15165391*        +Gm Financial,    Po Box 181145,   Arlington, TX 76096-1145
15165392*        +Internal Revenue Service,    Insolvency Unit,    POB 7346,   Philadelphia, PA 19101-7346
15165393*         Internal Revenue Service,    Insolvency Unit,    POB 628,   Pittsburgh, PA 15230
15165395*        +Jpmcb Card,    Po Box 15369,   Wilmington, DE 19850-5369
15165396*        +Jpmcb Hl,    700 Kansas Lane,   Monroe, LA 71203-4774
15165397*        +Kia Motors Finance,    10550 Talbert Ave,    Fountain Valley, CA 92708-6031
15165398*        +Kohls/capone,    Po Box 3115,   Milwaukee, WI 53201-3115
15165399*        +Lightstream,    303 Peachtree Street Northeast,    Atlanta, GA 30308-3201
15165401*        +Midland Mtg/midfirst,    Pob 268959,   Oklahoma City, OK 73126-8959
15165402*        +Nelnet Loans,    Po Box 82561,   Lincoln, NE 68501-2561
15165403*        +Onemain,    Po Box 1010,   Evansville, IN 47706-1010
15165405*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541)
15165407*        +Prosper Marketplace In,    221 Main Street,    San Francisco, CA 94105-1906
15165408*         Quantum3 Group LLC,    P.O. Box 788,   Kirkland, WA 98083-0788
15165410*        +Sears/cbna,    Po Box 6217,   Sioux Falls, SD 57117-6217
15165411*        +Suntrust,    600 W Broadway Ste 2000,   San Diego, CA 92101-3358
15165414*        +Syncb/jcp,    Po Box 965007,   Orlando, FL 32896-5007
15165416*        +Syncb/lumber Liquidato,    C/o Po Box 965036,    Orlando, FL 32896-0001
15165417*        +Syncb/lumliq,    C/o Po Box 965036,   Orlando, FL 32896-0001
15165418*        +Syncb/sams,    Po Box 965005,   Orlando, FL 32896-5005
15165419*        +Syncb/sams Club Dc,    Po Box 965005,   Orlando, FL 32896-5005
15165420*        +Syncb/sleep Number,    C/o Po Box 965036,    Orlando, FL 32896-0001
15165421*        +Syncb/tjx Cos,    Po Box 965015,   Orlando, FL 32896-5015
15165424*        +Td Bank Usa/targetcred,    Po Box 673,   Minneapolis, MN 55440-0673
15165425*        +Thd/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
15165427*        +Webbank/fingerhut,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
15165428*        +Weinstein & Riley,    2001 WESTERN AVENUE, STE 400,    Seattle, WA 98121-3132
15165429*        +Wells Fargo Dealer Svc,    Po Box 10709,   Raleigh, NC 27605-0709
                                                                                                 TOTALS: 2, * 58, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: nsha              Page 4 of 4              Date Rcvd: Dec 02, 2019
                              Form ID: 309I           Total Noticed: 90
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2019 at the address(es) listed below:

```
          James Warmbrodt    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Shawn A Fehl ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Holly L King ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                         TOTAL: 6
```