**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−24065−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Shawn A Fehl | Holly L King |
| 1517 Broadway Avenue | 1517 Broadway Avenue |
| Elderton, PA 15136 | Elderton, PA 15136 |

Social Security No.:
  xxx−xx−6375                           xxx−xx−1574

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Paul W. McElrath Jr. | Ronda J. Winnecour |
| McElrath Legal Holdings, LLC. | Suite 3250, USX Tower |
| 1641 Saw Mill Run Boulevard | 600 Grant Street |
| Pittsburgh, PA 15210 | Pittsburgh, PA 15219 |
| Telephone number: 412−765−3606 | Telephone number: 412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| February 10, 2020 | February 10, 2020 |
| 09:00 AM | 09:00 AM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 1/13/20

BY THE COURT

Carlota M. Bohm
Judge

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 19-24065-CMB
Shawn A Fehl                                                            Chapter 13
Holly L King
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-2           User: nsha                   Page 1 of 4                   Date Rcvd: Jan 13, 2020
                               Form ID: rsc13               Total Noticed: 95


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2020.
db/jdb         +Shawn A Fehl,    Holly L King,    1517 Broadway Avenue,    Elderton, PA 15136-1703
15165356       +AES/ Chase Bank,    POB 61047,    Harrisburg, PA 17106-1047
15141605       +Aes/pnc Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
15141607      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
15165360       +Barclay's Bank,    700 Prides Xing Road,    Newark, DE 19713-6109
15165362       +Barclays Bank Delaware,    125 South West Street,     Wilmington, DE 19801-5014
15141608       +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
15141609       +Becket & Lee,    16 General Warren Blvd.,    Malvern, PA 19355-1245
15141610       +Best Buy/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
15166035        Capital One, N.A.,    c/o Becket and Lee LLP,     PO Box 3001,    Malvern PA 19355-0701
15141612       +Ccb/apples,    Po Box 182120,    Columbus, OH 43218-2120
15141613        Ces/gco Elf Dep,    C/o Acs,    Utica, NY 13501
15141614        Ces/wells Fargo,    C/o Acs,    Utica, NY 13501
15141615       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,     Boca Raton, FL 33487-2853
15165371       +Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
15141616       +Citibank,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
15173606        Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
15141617       +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15141624       +Comenitycb/myplacerwds,    Po Box 182120,    Columbus, OH 43218-2120
15141625       +Cornerstone,    Pob Box 145122,    Salt Lake City, UT 84114-5122
15141628       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
15141629       +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
15141630       +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
15141631       +First National Bank Of,    4140 E State St,    Hermitage, PA 16148-3401
15141632       +First Natl Bk Of Pa,    4140 E State St,    Hermitage, PA 16148-3401
15141633       +Fnb Omaha,    P.o. Box 3412,    Omaha, NE 68197-0001
15156915       +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,     6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
15141635       +Jpmcb Card,    Po Box 15369,    Wilmington, DE 19850-5369
15141636       +Jpmcb Hl,    700 Kansas Lane,    Monroe, LA 71203-4774
15141637       +Kia Motors Finance,    10550 Talbert Ave,    Fountain Valley, CA 92708-6031
15175652       +MidFirst Bank,    999 Northwest Grand Boulevard,     Oklahoma City, OK 73118-6051
15141640       +Midland Mtg/midfirst,    Pob 268959,    Oklahoma City, OK 73126-8959
15165404       +PA Department Of Labor & Industry,     PO Box 28405,    Harrisburg, PA 17128-0001
15141644       +Prosper Marketplace In,    221 Main Street,    San Francisco, CA 94105-1906
15165409       +Robertson, Anschutz & Schneid, P.L,     6409 Congress Ave., Suite 100,
                 Boca Raton, FL 33487-2853
15141646       +Sears/cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15153289       +SunTrust Bank,    Bankruptcy Dept.,    P.O. Box 85092,    Richmond, VA 23286-0001
15141647       +Suntrust,    600 W Broadway Ste 2000,    San Diego, CA 92101-3358
15165423       +TD BANK USA/TARGET CREDIT,     3701 Wayzata Blvd,    Minneapolis, MN 55416-3440
15141655       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
15141656       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
15165426       +US Department Of Education,     c/o FedLoan Servicing,    PO Box 69184,
                 Harrisburg, PA 17106-9184
15141659       +Wells Fargo Dealer Svc,    Po Box 10709,    Raleigh, NC 27605-0709
15165430       +Westgate Resorts,    2801 Old Winter Garden Road,     Ocoee, FL 34761-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 14 2020 03:00:00      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Jan 14 2020 03:00:44      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 14 2020 03:04:20
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15150955        E-mail/Text: Bankruptcy@absoluteresolutions.com Jan 14 2020 02:59:28
                 Absolute Resolutions Investments, LLC,     c/o Absolute Resolutions Corporation,
                 8000 Norman Center Drive, Suite 350,     Bloomington, MN 55437
15141603        E-mail/Text: Bankruptcy@absoluteresolutions.com Jan 14 2020 02:59:28
                 Absolute Resolutions Investments, LLC,     8000 Norman Center Drive, Suite 350,
                 Minneapolis, MN 55437
15152039        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 14 2020 02:59:42
                 AmeriCredit Financial Services, Inc.,     dba GM Financial,   P O Box 183853,
                 Arlington, TX 76096
15141606       +E-mail/Text: ally@ebn.phinsolutions.com Jan 14 2020 02:59:30      Ally Financial,
                 P.o. Box 380901,    Bloomington, MN 55438-0901
15168167        E-mail/Text: ally@ebn.phinsolutions.com Jan 14 2020 02:59:30      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
```

```
District/off: 0315-2                  User: nsha                   Page 2 of 4                   Date Rcvd: Jan 13, 2020
                                      Form ID: rsc13               Total Noticed: 95


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15165365       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 14 2020 03:04:51      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
15141611       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 14 2020 03:04:52
                 Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
15141618       +E-mail/Text: bankruptcy@clearviewfcu.org Jan 14 2020 03:00:13      Clearview Federal Cu,
                 8805 University Blvd,    Coraopolis, PA 15108-4212
15165375       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 14 2020 02:59:47
                 Comenity Bank-Bankruptcy Dept.,    Po Box 183043,    Columbus, OH 43218-3043
15141619       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 14 2020 02:59:47      Comenity Bank/levin,
                 Po Box 182789,    Columbus, OH 43218-2789
15141620       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 14 2020 02:59:47      Comenity Bank/lnbryant,
                 Po Box 182789,    Columbus, OH 43218-2789
15141621       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 14 2020 02:59:47      Comenitybank/valuecity,
                 Po Box 182789,    Columbus, OH 43218-2789
15141622       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 14 2020 02:59:48      Comenitybk/coldwater,
                 Po Box 182789,    Columbus, OH 43218-2789
15141623       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 14 2020 02:59:48      Comenitycb/appleseeds,
                 Po Box 182120,    Columbus, OH 43218-2120
15173743        E-mail/Text: bnc-quantum@quantum3group.com Jan 14 2020 02:59:54
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
15141626       +E-mail/PDF: pa_dc_ed@navient.com Jan 14 2020 03:03:54      Dept Of Ed/navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
15156337        E-mail/Text: mrdiscen@discover.com Jan 14 2020 02:59:30      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
15141627       +E-mail/Text: mrdiscen@discover.com Jan 14 2020 02:59:30      Discover Fin Svcs Llc,    Pob 15316,
                 Wilmington, DE 19850-5316
15141634       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 14 2020 02:59:42      Gm Financial,
                 Po Box 181145,    Arlington, TX 76096-1145
15165394       +E-mail/Text: cio.bncmail@irs.gov Jan 14 2020 02:59:39      Internal Revenue Service,
                 1000 Liberty Avenue,    Room 727,    Pittsburgh, PA 15222-4107
15173903        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 14 2020 03:00:29      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
15141638       +E-mail/Text: bncnotices@becket-lee.com Jan 14 2020 02:59:33      Kohls/capone,    Po Box 3115,
                 Milwaukee, WI 53201-3115
15174603        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2020 03:03:57      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15141639       +E-mail/Text: bankruptcy@lightstream.com Jan 14 2020 03:00:50      Lightstream,
                 303 Peachtree Street Northeast,    Atlanta, GA 30308-3201
15165400       +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 03:03:43      Lowes Home Centers Inc,
                 PO Box 530914,    Atlanta, GA 30353-0914
15170432       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 14 2020 03:00:12      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
15141641       +E-mail/Text: electronicbkydocs@nelnet.net Jan 14 2020 03:00:22      Nelnet Loans,    Po Box 82561,
                 Lincoln, NE 68501-2561
15150401        E-mail/PDF: cbp@onemainfinancial.com Jan 14 2020 03:03:41      OneMain Financial,    PO Box 3251,
                 Evansville, IN 47731-3251
15141642       +E-mail/PDF: cbp@onemainfinancial.com Jan 14 2020 03:04:42      Onemain,    Po Box 1010,
                 Evansville, IN 47706-1010
15141643        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 14 2020 03:04:53
                 Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541
15167181        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 14 2020 03:26:59
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15165406       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 14 2020 03:04:21      PRA Receivables,
                 PO Box 12914,    Norfolk, VA 23541-0914
15141645        E-mail/Text: bnc-quantum@quantum3group.com Jan 14 2020 02:59:54      Quantum3 Group LLC,
                 P.O. Box 788,    Kirkland, WA 98083-0788
15165412       +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 03:04:14      SYNCB,    PO BOX 965015,
                 Orlando, FL 32896-5015
15165413       +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 03:03:42      SYNCB/AMAZON,    PO BOX 965015,
                 Orlando, FL 32896-5015
15165415       +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 03:04:48      SYNCB/LOWES,    PO Box 965036,
                 Orlando, FL 32896-5036
15165422       +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 03:04:44      SYNCHRONY BANK/TJX,
                 PO BOX 965024,    Orlando, FL 32896-5024
15141648       +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 03:04:14      Syncb/jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
15141649       +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 03:04:44      Syncb/lumber Liquidato,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
15141650       +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 03:04:13      Syncb/lumliq,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
15141651       +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 03:04:44      Syncb/sams,    Po Box 965005,
                 Orlando, FL 32896-5005
15141652       +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 03:04:14      Syncb/sams Club Dc,
                 Po Box 965005,    Orlando, FL 32896-5005
15141653       +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 03:04:47      Syncb/sleep Number,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
```

```
District/off: 0315-2          User: nsha                  Page 3 of 4                   Date Rcvd: Jan 13, 2020
                              Form ID: rsc13              Total Noticed: 95


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15141654       +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 03:04:14      Syncb/tjx Cos,    Po Box 965015,
                 Orlando, FL 32896-5015
15142392       +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 03:04:45      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15173807       +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 03:04:14      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
15141657       +E-mail/Text: bnc-bluestem@quantum3group.com Jan 14 2020 03:00:39      Webbank/fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
15141658       +E-mail/Text: bncmail@w-legal.com Jan 14 2020 03:00:27      Weinstein & Riley,
                 2001 WESTERN AVENUE, STE 400,   Seattle, WA 98121-3132
                                                                                              TOTAL: 51

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MIDFIRST BANK
15141604        Aes/chase Bank
15165355*      ++ABSOLUTE RESOLUTIONS CORPORATION,    8000 NORMAN CENTER DRIVE SUITE 350,
                 BLOOMINGTON MN 55437-1118
               (address filed with court: Absolute Resolutions Investments, LLC,
                 8000 Norman Center Drive, Suite 350,    Minneapolis, MN 55437)
15165357*      +Aes/pnc Bank,    Po Box 61047,   Harrisburg, PA 17106-1047
15165358*      +Ally Financial,    P.o. Box 380901,   Bloomington, MN 55438-0901
15165359*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
15165361*      +Barclays Bank Delaware,    P.o. Box 8803,   Wilmington, DE 19899-8803
15165363*      +Becket & Lee,    16 General Warren Blvd.,   Malvern, PA 19355-1245
15165364*      +Best Buy/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
15165366*      +Capital One Bank Usa N,    Po Box 30281,   Salt Lake City, UT 84130-0281
15165367*      +Ccb/apples,    Po Box 182120,   Columbus, OH 43218-2120
15165368*       Ces/gco Elf Dep,    C/o Acs,   Utica, NY 13501
15165369*       Ces/wells Fargo,    C/o Acs,   Utica, NY 13501
15165370*      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
15165372*      +Citibank,    701 East 60th Street North,   Sioux Falls, SD 57104-0493
15165373*      +Citicards Cbna,    Po Box 6217,   Sioux Falls, SD 57117-6217
15165374*      +Clearview Federal Cu,    8805 University Blvd,    Coraopolis, PA 15108-4212
15165376*      +Comenity Bank/levin,    Po Box 182789,   Columbus, OH 43218-2789
15165377*      +Comenity Bank/lnbryant,    Po Box 182789,   Columbus, OH 43218-2789
15165378*      +Comenitybank/valuecity,    Po Box 182789,   Columbus, OH 43218-2789
15165379*      +Comenitybk/coldwater,    Po Box 182789,   Columbus, OH 43218-2789
15165380*      +Comenitycb/appleseeds,    Po Box 182120,   Columbus, OH 43218-2120
15165381*      +Comenitycb/myplacerwds,    Po Box 182120,   Columbus, OH 43218-2120
15165382*      +Cornerstone,    Pob Box 145122,   Salt Lake City, UT 84114-5122
15165383*      +Dept Of Ed/navient,    Po Box 9635,   Wilkes Barre, PA 18773-9635
15165384*      +Discover Fin Svcs Llc,    Pob 15316,   Wilmington, DE 19850-5316
15165385*      +Dsnb Macys,    Po Box 8218,   Mason, OH 45040-8218
15165386*      +Fed Loan Serv,    Pob 60610,   Harrisburg, PA 17106-0610
15165387*      +Fifth Third Bank,    5050 Kingsley Dr,   Cincinnati, OH 45227-1115
15165388*      +First National Bank Of,    4140 E State St,    Hermitage, PA 16148-3401
15165389*      +First Natl Bk Of Pa,    4140 E State St,   Hermitage, PA 16148-3401
15165390*      +Fnb Omaha,    P.o. Box 3412,   Omaha, NE 68197-0001
15165391*      +Gm Financial,    Po Box 181145,   Arlington, TX 76096-1145
15165392*      +Internal Revenue Service,    Insolvency Unit,    POB 7346,   Philadelphia, PA 19101-7346
15165393*       Internal Revenue Service,    Insolvency Unit,    POB 628,   Pittsburgh, PA 15230
15165395*      +Jpmcb Card,    Po Box 15369,   Wilmington, DE 19850-5369
15165396*      +Jpmcb Hl,    700 Kansas Lane,   Monroe, LA 71203-4774
15165397*      +Kia Motors Finance,    10550 Talbert Ave,    Fountain Valley, CA 92708-6031
15165398*      +Kohls/capone,    Po Box 3115,   Milwaukee, WI 53201-3115
15165399*      +Lightstream,    303 Peachtree Street Northeast,    Atlanta, GA 30308-3201
15165401*      +Midland Mtg/midfirst,    Pob 268959,   Oklahoma City, OK 73126-8959
15165402*      +Nelnet Loans,    Po Box 82561,   Lincoln, NE 68501-2561
15165403*      +Onemain,    Po Box 1010,   Evansville, IN 47706-1010
15165405*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541)
15165407*      +Prosper Marketplace In,    221 Main Street,    San Francisco, CA 94105-1906
15165408*       Quantum3 Group LLC,    P.O. Box 788,   Kirkland, WA 98083-0788
15165410*      +Sears/cbna,    Po Box 6217,   Sioux Falls, SD 57117-6217
15165411*      +Suntrust,    600 W Broadway Ste 2000,    San Diego, CA 92101-3358
15165414*      +Syncb/jcp,    Po Box 965007,   Orlando, FL 32896-5007
15165416*      +Syncb/lumber Liquidato,    C/o Po Box 965036,    Orlando, FL 32896-0001
15165417*      +Syncb/lumliq,    C/o Po Box 965036,   Orlando, FL 32896-0001
15165418*      +Syncb/sams,    Po Box 965005,   Orlando, FL 32896-5005
15165419*      +Syncb/sams Club Dc,    Po Box 965005,   Orlando, FL 32896-5005
15165420*      +Syncb/sleep Number,    C/o Po Box 965036,    Orlando, FL 32896-0001
15165421*      +Syncb/tjx Cos,    Po Box 965015,   Orlando, FL 32896-5015
15165424*      +Td Bank Usa/targetcred,    Po Box 673,   Minneapolis, MN 55440-0673
15165425*      +Thd/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
15165427*      +Webbank/fingerhut,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
15165428*      +Weinstein & Riley,    2001 WESTERN AVENUE, STE 400,    Seattle, WA 98121-3132
```

```
District/off: 0315-2             User: nsha                Page 4 of 4                   Date Rcvd: Jan 13, 2020
                                 Form ID: rsc13            Total Noticed: 95

             ***** BYPASSED RECIPIENTS (continued) *****
15165429*         +Wells Fargo Dealer Svc,    Po Box 10709,    Raleigh, NC 27605-0709
                                                                                        TOTALS: 2, * 58, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Shawn A Fehl ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Holly L King ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```