Form RSC Conciliation (Reschedule Conciliation–COVID

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Shawn A Fehl** | : | Case No. 19–24065–CMB |
| **Holly L King** | : | |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |

**ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE**

     *AND NOW,* this *The 2nd of April, 2020*, due to the COVID–19 virus pandemic, the conciliation conference scheduled for April 23, 2020 is *RESCHEDULED* to *7/2/20 at 09:30 AM 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.*

Dated: April 2, 2020

cm: Debtor
    Debtor's Atty.
    Ch. 13 Trustee

                                       Carlota M. Böhm, Judge
                                       United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-24065-CMB
Shawn A Fehl                                                         Chapter 13
Holly L King
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric           Page 1 of 1              Date Rcvd: Apr 02, 2020
                              Form ID: RSCcon3      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2020.
db/jdb          +Shawn A Fehl,    Holly L King,    1517 Broadway Avenue,    McKees Rocks, PA 15136-1703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2020 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.   on behalf of Debtor Shawn A Fehl ecf@mcelrathlaw.com,
          donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.   on behalf of Joint Debtor Holly L King ecf@mcelrathlaw.com,
          donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 6