IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Shawn A Fehl and | : | Case No. 19-24065-CMB |
| Holly L King, | : | |
| | : | Chapter 13 |
| Debtor | : | |

****************************************************************************

| | | |
|---|---|---|
| Shawn A Fehl and | : | |
| Holly L King, | : | |
| | : | Related to Docket No. 45 |
| Movant | : | |
| | : | |
| vs. | : | Hearing Date and Time: |
| | : | |
| Ronda J. Winnecour, Esquire / | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| Respondent | : | |
| | : | |

****************************************************************************

## ORDER

**AND NOW**, this ____11th____ day of ____May____, <u>2020</u> upon consideration of the Debtors' Consent Motion to Approve Financing for Automobile, it is hereby ORDERED and DIRECTED as follows:

1. Within thirty (30) days from the date of this Order the Debtor may obtain automobile financing in order to purchase or lease either a new or used motor vehicle.

2. The vehicle financing shall be no greater than $25,000.00 inclusive of all taxes and fees, with a monthly payment no greater than $450.00.

3. The Interest Rate shall not exceed 20%.

4. Within forty-five (45) days from the date of this Order, an amended Chapter 13 Plan shall be filed to include the payment for the newly purchased vehicle.

5. Within forty-five (45) days from the date of this Order a report of purchase shall be filed with the Court.

BY THE COURT:

FILED
5/11/20 1:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Bohm* **dmr**
Carlota M. Bohm,
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 19-24065-CMB
Shawn A Fehl                                                    Chapter 13
Holly L King
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric                Page 1 of 1               Date Rcvd: May 11, 2020
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2020.
db/jdb          +Shawn A Fehl,    Holly L King,    1517 Broadway Avenue,    McKees Rocks, PA 15136-1703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2020 at the address(es) listed below:
      James  Warmbrodt     on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
      Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
      jbluemle@bernsteinlaw.com
      Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
      Paul W. McElrath, Jr.     on behalf of Debtor Shawn A Fehl ecf@mcelrathlaw.com,
      donotemail.ecfbackuponly@gmail.com
      Paul W. McElrath, Jr.     on behalf of Joint Debtor Holly L King ecf@mcelrathlaw.com,
      donotemail.ecfbackuponly@gmail.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 6