## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| SHAWN A. FEHL ) | |
| HOLLY L.  KING, ) | Bankruptcy No. 19-24065-CMB |
| **Debtor(s**) ) | |
| ) | Chapter 13 |
| AMERICREDIT FINANCIAL SERVICES, INC. ) | |
| dba GM FINANCIAL, ) | |
| **Movant** ) | Related To Document No. 48 and 49 |
| v. ) | |
| ) | |
| SHAWN A. FEHL ) | **Response Deadline:  6/4/20** |
| HOLLY L. KING, ) | |
| **Respondent(s)** ) | **Hearing Date:  6/24/20 at 10:00 AM** |
| ) | |
| RONDA J. WINNECOUR, ) | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on May 18, 2020, I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

| | |
|---|---|
| Shawn A. Fehl | Paul W. McElrath, Jr., Esq. |
| Holly L. King | McElrath Legal Holdings, LLC |
| 1517 Broadway Avenue | 1641 Saw Mill Run Boulevard |
| McKees Rocks, PA 15136 | Pittsburgh, PA 15210 |
| (Debtors) | (Attorney For Debtors) |
| | |
| Ronda J. Winnecour | Office of the United States Trustee |
| Suite 3250, USX Tower | Liberty Center |
| 600 Grant Street | 1001 Liberty Avenue, Suite 970 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| (Trustee) | (U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com