IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Shawn A Fehl and | : | Case No. 19-24065-CMB |
| Holly L King, | : | |
| | : | Chapter 13 |
| Debtor | : | |
| ************************************************************************ | | |
| Shawn A Fehl and | : | |
| Holly L King, | : | |
| | : | Related to Docket No. 46 |
| Movant | : | |
| | : | |
| vs. | : | Hearing Date and Time: |
| | : | |
| Ronda J. Winnecour, Esquire / | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| Respondent | : | |
| | : | |
| ************************************************************************ | | |

## STATUS REPORT

**Now** come the Debtors, Shawn A. Fehl and Holly L. King, by and through their attorney, Paul W. McElrath, Esquire, of the law offices of McElrath Legal Holdings, LLC, and files the within Status Report advising the Court of the following:

1. The Debtors are Shawn A. Fehl and Holly L. King, adult individuals presently residing at 1517 Broadway Avenue Mc Kees Rocks, PA 15136.

2. The Debtors filed a petition for relief under Chapter 13 of 11 U.S.C. on October 18, 2019.

3. On May 11, 2020, the Debtors filed a Motion to Obtain Financing for the purchase of a motor vehicle.

4. This Court entered an Order dated May 11, 2020, granting the Debtors' Motion to Obtain Automobile Financing.

5. The Order directed that an amended chapter 13 plan and a report of purchase was to be filed within forty-five (45) days.

6. Debtors have contacted counsel and advised that they have been unable to secure auto financing, and have made other transportation arrangements.

7. As of the date of the filing of this Status Report, counsel has not received a Report of Purchase from the Debtor, and does not expect to receive it from the Debtor since the vehicle financing is no longer necessary. Therefore, the Movant cannot comply with this Court's Order requiring the filing of a Report of Purchase or an Amended Chapter 13 Plan.

Respectfully Submitted,

Dated: May 22, 2020

/s/ Paul W. McElrath
Paul W. McElrath, Esq.
PA ID 86220
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
Tel: 412.765.3606
Fax: 412.765.1917
Email: paulm@mcelrathlaw.com
Attorney for Movant/Debtor