IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>SHAWN A. FEHL<br>HOLLY L. KING,<br>    **Debtor(s)**<br><br>AMERICREDIT FINANCIAL SERVICES, INC.<br>dba GM FINANCIAL,<br>    **Movant**<br>   v.<br><br>SHAWN A. FEHL<br>HOLLY L. KING,<br>    **Respondent(s)**<br><br>RONDA J. WINNECOUR,<br>    **Trustee** | Bankruptcy No. 19-24065-CMB<br><br>Chapter 13<br><br>Related To Document No. 48<br><br>**ENTERED BY DEFAULT** |

### ORDER OF COURT

AND NOW, this __11th__ day of __June__, 2020, it is hereby

**ORDERED** that the Motion For Relief From The Automatic Stay is GRANTED.

Movant AmeriCredit Financial Services, Inc., dba GM Financial is permitted to enforce its rights in the property described as a **2015 Kia Sedona** bearing vehicle identification number KNDME5C13F6038879, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

*Carlota M. Böhm*  glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
6/11/20 9:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                Case No. 19-24065-CMB
Shawn A Fehl                                                                          Chapter 13
Holly L King
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: gamr              Page 1 of 1              Date Rcvd: Jun 11, 2020
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2020.
db/jdb         +Shawn A Fehl,    Holly L King,    1517 Broadway Avenue,    McKees Rocks, PA 15136-1703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Shawn A Fehl ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Holly L King ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7