Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Shawn A Fehl**
**Holly L King**
Debtor(s)

Bankruptcy Case No.: 19−24065−CMB
Per July 2, 2020 Proceeding
Chapter: 13
Docket No.: 57 − 35
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated January 14, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A.  For the remainder of the Plan term, the periodic Plan payment is amended to be $4801.00 as of July, 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.  The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.  Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.  shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Mid First Bank (Cl #27); IRS (Cl #22) .

☑ H.  Additional Terms: (1) The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the modified plan interest in a monthly amount to be determined by Trustee to pay in full: Ally (Cl #18).

(2) Dept of Education to be paid as specially classified LTCD at $50/mo.

(3) The estimated pool of funds available to be paid to general unsecured creditors and estimated percentage dividend are revised to $132,693.41 (100%).

*(2.)* ***IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.** **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.** **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.** **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.** **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.** **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: July 7, 2020

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-24065-CMB
Shawn A Fehl                                                              Chapter 13
Holly L King
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: gamr              Page 1 of 4              Date Rcvd: Jul 08, 2020
                             Form ID: 149            Total Noticed: 96

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
```
db/jdb         +Shawn A Fehl,    Holly L King,    1517 Broadway Avenue,    McKees Rocks, PA 15136-1703
15165356       +AES/ Chase Bank,    POB 61047,    Harrisburg, PA 17106-1047
15141605       +Aes/pnc Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
15141607      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
15165360       +Barclay's Bank,    700 Prides Xing Road,    Newark, DE 19713-6109
15165362       +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
15141608       +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
15141609       +Becket & Lee,    16 General Warren Blvd.,    Malvern, PA 19355-1245
15141610       +Best Buy/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
15166035        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15141612       +Ccb/apples,    Po Box 182120,    Columbus, OH 43218-2120
15141613        Ces/gco Elf Dep,    C/o Acs,    Utica, NY 13501
15141614        Ces/wells Fargo,    C/o Acs,    Utica, NY 13501
15141615       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
15141616       +Citibank,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
15173606        Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
15141617       +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15141624       +Comenitycb/myplacerwds,    Po Box 182120,    Columbus, OH 43218-2120
15141625       +Cornerstone,    Pob Box 145122,    Salt Lake City, UT 84114-5122
15141628       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
15141629       +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
15141630       +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
15141631       +First National Bank Of,    4140 E State St,    Hermitage, PA 16148-3401
15141632       +First Natl Bk Of Pa,    4140 E State St,    Hermitage, PA 16148-3401
15141633       +Fnb Omaha,    P.o. Box 3412,    Omaha, NE 68197-0001
15156915       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
15141637       +Kia Motors Finance,    10550 Talbert Ave,    Fountain Valley, CA 92708-6031
15175652       +MidFirst Bank,    999 Northwest Grand Boulevard,    Oklahoma City, OK 73118-6051
15141640       +Midland Mtg/midfirst,    Pob 268959,    Oklahoma City, OK 73126-8959
15165404       +PA Department Of Labor & Industry,    PO Box 28405,    Harrisburg, PA 17128-0001
15141644       +Prosper Marketplace In,    221 Main Street,    San Francisco, CA 94105-1906
15165409       +Robertson, Anschutz & Schneid, P.L,    6409 Congress Ave., Suite 100,
                 Boca Raton, FL 33487-2853
15141646       +Sears/cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15153289       +SunTrust Bank,    Bankruptcy Dept.,    P.O. Box 85092,    Richmond, VA 23286-0001
15141647       +Suntrust,    600 W Broadway Ste 2000,    San Diego, CA 92101-3358
15165423       +TD BANK USA/TARGET CREDIT,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3440
15141655       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
15141656       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
15165426       +US Department Of Education,    c/o FedLoan Servicing,    PO Box 69184,
                 Harrisburg, PA 17106-9184
15141659       +Wells Fargo Dealer Svc,    Po Box 10709,    Raleigh, NC 27605-0709
15165430       +Westgate Resorts,    2801 Old Winter Garden Road,    Ocoee, FL 34761-2965
15187900       +Westgate Vacation Villas, LLC,    2801 Old Winter Garden Rd.,    Ocoee, FL 34761-2965
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 09 2020 04:33:14
                 AmeriCredit Financial Services, Inc. dba GM Financ,    4001 Embarcadero Drive,
                 Arlington, TX 76014-4106
cr             +E-mail/Text: kburkley@bernsteinlaw.com Jul 09 2020 04:34:12       Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2020 04:36:05
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15150955        E-mail/Text: Bankruptcy@absoluteresolutions.com Jul 09 2020 04:33:00
                 Absolute Resolutions Investments, LLC,    c/o Absolute Resolutions Corporation,
                 8000 Norman Center Drive, Suite 350,    Bloomington, MN 55437
15141603        E-mail/Text: Bankruptcy@absoluteresolutions.com Jul 09 2020 04:33:00
                 Absolute Resolutions Investments, LLC,    8000 Norman Center Drive, Suite 350,
                 Minneapolis, MN 55437
15152039        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 09 2020 04:33:14
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
15141606       +E-mail/Text: ally@ebn.phinsolutions.com Jul 09 2020 04:33:02       Ally Financial,
                 P.o. Box 380901,    Bloomington, MN 55438-0901
15168167        E-mail/Text: ally@ebn.phinsolutions.com Jul 09 2020 04:33:02       Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
15165365       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2020 04:36:45       Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
```

```
District/off: 0315-2               User: gamr                 Page 2 of 4                 Date Rcvd: Jul 08, 2020
                                   Form ID: 149               Total Noticed: 96
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
15141611      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2020 04:36:22
               Capital One Bank Usa N,    Po Box 30281,   Salt Lake City, UT 84130-0281
15141618      +E-mail/Text: bankruptcy@clearviewfcu.org Jul 09 2020 04:33:41     Clearview Federal Cu,
               8805 University Blvd,    Coraopolis, PA 15108-4212
15165375      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 09 2020 04:33:17
               Comenity Bank-Bankruptcy Dept.,    Po Box 183043,   Columbus, OH 43218-3043
15141619      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 09 2020 04:33:17     Comenity Bank/levin,
               Po Box 182789,    Columbus, OH 43218-2789
15141620      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 09 2020 04:33:18     Comenity Bank/lnbryant,
               Po Box 182789,    Columbus, OH 43218-2789
15141621      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 09 2020 04:33:18     Comenitybank/valuecity,
               Po Box 182789,    Columbus, OH 43218-2789
15141622      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 09 2020 04:33:18     Comenitybk/coldwater,
               Po Box 182789,    Columbus, OH 43218-2789
15141623      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 09 2020 04:33:18     Comenitycb/appleseeds,
               Po Box 182120,    Columbus, OH 43218-2120
15173743       E-mail/Text: bnc-quantum@quantum3group.com Jul 09 2020 04:33:21
               Department Stores National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
               Kirkland, WA  98083-0657
15141626      +E-mail/PDF: pa_dc_ed@navient.com Jul 09 2020 04:36:05     Dept Of Ed/navient,   Po Box 9635,
               Wilkes Barre, PA 18773-9635
15156337       E-mail/Text: mrdiscen@discover.com Jul 09 2020 04:33:06     Discover Bank,
               Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
15141627      +E-mail/Text: mrdiscen@discover.com Jul 09 2020 04:33:06     Discover Fin Svcs Llc,   Pob 15316,
               Wilmington, DE 19850-5316
15141634      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 09 2020 04:33:14     Gm Financial,
               Po Box 181145,    Arlington, TX 76096-1145
15165394      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 09 2020 04:33:13     Internal Revenue Service,
               1000 Liberty Avenue,    Room 727,   Pittsburgh, PA 15222-4107
15173903       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 09 2020 04:33:53     Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
15165371       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 09 2020 04:36:42     Chase Mortgage,
               PO Box 24696,    Columbus, OH 43224
15141635       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 09 2020 04:36:02     Jpmcb Card,
               Po Box 15369,    Wilmington, DE 19850
15141636       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 09 2020 04:36:42     Jpmcb Hl,
               700 Kansas Lane,    Monroe, LA 71203
15141638      +E-mail/Text: bncnotices@becket-lee.com Jul 09 2020 04:33:10     Kohls/capone,   Po Box 3115,
               Milwaukee, WI 53201-3115
15174603       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2020 04:36:07     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
15141639      +E-mail/Text: bankruptcy@lightstream.com Jul 09 2020 04:34:16     Lightstream,
               303 Peachtree Street Northeast,    Atlanta, GA 30308-3201
15165400      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 04:36:21     Lowes Home Centers Inc,
               PO Box 530914,    Atlanta, GA 30353-0914
15170432      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 09 2020 04:33:41     Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
15141641      +E-mail/Text: electronicbkydocs@nelnet.net Jul 09 2020 04:33:44     Nelnet Loans,   Po Box 82561,
               Lincoln, NE 68501-2561
15150401       E-mail/PDF: cbp@onemainfinancial.com Jul 09 2020 04:36:44     OneMain Financial,   PO Box 3251,
               Evansville, IN 47731-3251
15141642      +E-mail/PDF: cbp@onemainfinancial.com Jul 09 2020 04:36:04     Onemain,   Po Box 1010,
               Evansville, IN 47706-1010
15141643       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2020 04:36:05
               Portfolio Recovery,    PO Box 41067,   Norfolk, VA 23541
15167181       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2020 04:36:48
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
15165406      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2020 04:36:04     PRA Receivables,
               PO Box 12914,    Norfolk, VA 23541-0914
15141645       E-mail/Text: bnc-quantum@quantum3group.com Jul 09 2020 04:33:21     Quantum3 Group LLC,
               P.O. Box 788,    Kirkland, WA 98083-0788
15165412      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 04:36:02     SYNCB,   PO BOX 965015,
               Orlando, FL 32896-5015
15165413      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 04:36:19     SYNCB/AMAZON,   PO BOX 965015,
               Orlando, FL 32896-5015
15165415      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 04:36:02     SYNCB/LOWES,   PO Box 965036,
               Orlando, FL 32896-5036
15165422      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 04:36:01     SYNCHRONY BANK/TJX,
               PO BOX 965024,    Orlando, FL 32896-5024
15141648      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 04:36:00     Syncb/jcp,   Po Box 965007,
               Orlando, FL 32896-5007
15141649      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 04:36:19     Syncb/lumber Liquidato,
               C/o Po Box 965036,    Orlando, FL 32896-0001
15141650      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 04:36:41     Syncb/lumliq,   C/o Po Box 965036,
               Orlando, FL 32896-0001
15141651      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 04:36:20     Syncb/sams,   Po Box 965005,
               Orlando, FL 32896-5005
```

```
District/off: 0315-2           User: gamr              Page 3 of 4          Date Rcvd: Jul 08, 2020
                               Form ID: 149            Total Noticed: 96


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15141652       +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 04:36:19      Syncb/sams Club Dc,
                 Po Box 965005,    Orlando, FL 32896-5005
15141653       +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 04:36:02      Syncb/sleep Number,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
15141654       +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 04:36:42      Syncb/tjx Cos,    Po Box 965015,
                 Orlando, FL 32896-5015
15142392       +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 04:36:02      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15173807       +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 04:36:02      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
15141657       +E-mail/Text: bnc-bluestem@quantum3group.com Jul 09 2020 04:34:03      Webbank/fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
15141658       +E-mail/Text: bncmail@w-legal.com Jul 09 2020 04:33:49      Weinstein & Riley,
                 2001 WESTERN AVENUE, STE 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 54

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MIDFIRST BANK
15141604        Aes/chase Bank
15165355*      ++ABSOLUTE RESOLUTIONS CORPORATION,    8000 NORMAN CENTER DRIVE SUITE 350,
                 BLOOMINGTON MN 55437-1118
                (address filed with court:  Absolute Resolutions Investments, LLC,
                 8000 Norman Center Drive, Suite 350,    Minneapolis, MN 55437)
15257006*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:  Americredit Financial Services, Inc.,    Dba GM Financial,
                 P.O Box 183853,    Arlington, TX 76096)
15165357*      +Aes/pnc Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
15165358*      +Ally Financial,    P.o. Box 380901,    Bloomington, MN 55438-0901
15165359*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,    Po Box 982238,    El Paso, TX 79998)
15165361*      +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
15165363*      +Becket & Lee,    16 General Warren Blvd.,    Malvern, PA 19355-1245
15165364*      +Best Buy/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
15165366*      +Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
15165367*      +Ccb/apples,    Po Box 182120,    Columbus, OH 43218-2120
15165368*       Ces/gco Elf Dep,    C/o Acs,    Utica, NY 13501
15165369*       Ces/wells Fargo,    C/o Acs,    Utica, NY 13501
15165370*      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
15165372*      +Citibank,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
15165373*      +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15165374*      +Clearview Federal Cu,    8805 University Blvd,    Coraopolis, PA 15108-4212
15165376*      +Comenity Bank/levin,    Po Box 182789,    Columbus, OH 43218-2789
15165377*      +Comenity Bank/lnbryant,    Po Box 182789,    Columbus, OH 43218-2789
15165378*      +Comenitybank/valuecity,    Po Box 182789,    Columbus, OH 43218-2789
15165379*      +Comenitybk/coldwater,    Po Box 182789,    Columbus, OH 43218-2789
15165380*      +Comenitycb/appleseeds,    Po Box 182120,    Columbus, OH 43218-2120
15165381*      +Comenitycb/myplacerwds,    Po Box 182120,    Columbus, OH 43218-2120
15165382*      +Cornerstone,    Pob Box 145122,    Salt Lake City, UT 84114-5122
15165383*      +Dept Of Ed/navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
15165384*      +Discover Fin Svcs Llc,    Pob 15316,    Wilmington, DE 19850-5316
15165385*      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
15165386*      +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
15165387*      +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
15165388*      +First National Bank Of,    4140 E State St,    Hermitage, PA 16148-3401
15165389*      +First Natl Bk Of Pa,    4140 E State St,    Hermitage, PA 16148-3401
15165390*      +Fnb Omaha,    P.o. Box 3412,    Omaha, NE 68197-0001
15165391*      +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
15165392*      +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
15165393*       Internal Revenue Service,    Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
15165395*      ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                (address filed with court:  Jpmcb Card,    Po Box 15369,    Wilmington, DE 19850)
15165396*      ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                (address filed with court:  Jpmcb Hl,    700 Kansas Lane,    Monroe, LA 71203)
15165397*      +Kia Motors Finance,    10550 Talbert Ave,    Fountain Valley, CA 92708-6031
15165398*      +Kohls/capone,    Po Box 3115,    Milwaukee, WI 53201-3115
15165399*      +Lightstream,    303 Peachtree Street Northeast,    Atlanta, GA 30308-3201
15165401*      +Midland Mtg/midfirst,    Pob 268959,    Oklahoma City, OK 73126-8959
15165402*      +Nelnet Loans,    Po Box 82561,    Lincoln, NE 68501-2561
15165403*      +Onemain,    Po Box 1010,    Evansville, IN 47706-1010
15165405*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541)
15165407*      +Prosper Marketplace In,    221 Main Street,    San Francisco, CA 94105-1906
15165408*       Quantum3 Group LLC,    P.O. Box 788,    Kirkland, WA 98083-0788
15165410*      +Sears/cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15165411*      +Suntrust,    600 W Broadway Ste 2000,    San Diego, CA 92101-3358
```

```
District/off: 0315-2                  User: gamr                    Page 4 of 4                  Date Rcvd: Jul 08, 2020
                                      Form ID: 149                  Total Noticed: 96


              ***** BYPASSED RECIPIENTS (continued) *****
15165414*       +Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
15165416*       +Syncb/lumber Liquidato,    C/o Po Box 965036,    Orlando, FL 32896-0001
15165417*       +Syncb/lumliq,    C/o Po Box 965036,    Orlando, FL 32896-0001
15165418*       +Syncb/sams,    Po Box 965005,    Orlando, FL 32896-5005
15165419*       +Syncb/sams Club Dc,    Po Box 965005,    Orlando, FL 32896-5005
15165420*       +Syncb/sleep Number,    C/o Po Box 965036,    Orlando, FL 32896-0001
15165421*       +Syncb/tjx Cos,    Po Box 965015,    Orlando, FL 32896-5015
15165424*       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
15165425*       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
15165427*       +Webbank/fingerhut,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
15165428*       +Weinstein & Riley,    2001 WESTERN AVENUE, STE 400,    Seattle, WA 98121-3132
15165429*       +Wells Fargo Dealer Svc,    Po Box 10709,    Raleigh, NC 27605-0709
                                                                                               TOTALS: 2, * 59, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2020 at the address(es) listed below:
```
              James   Warmbrodt     on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Shawn A Fehl ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Holly L King ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 7
```