**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/29/2021

IN RE:

SHAWN A FEHL
HOLLY L KING
1517 BROADWAY AVENUE
MCKEES ROCKS,  PA  15136
XXX-XX-6375          Debtor(s)

XXX-XX-1574

Case No.19-24065 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/29/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  TJX RWRDS/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 9512 |
| **BERNSTEIN-BURKLEY PC**<br>2200 GULF TOWER<br>707 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  MIDFIRST BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:4   INT %: 4.25%<br>Court Claim Number:18<br>CLAIM:  11,850.00<br>COMMENT:  CL18$GOV@4.25%/PL~PMT/CONF | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 3760 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX  76096 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:3<br>CLAIM:  2,767.69<br>COMMENT:  RS/OE*CL3GOV@4.25%/PL*DKT | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 4135 |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:27<br>CLAIM:  0.00<br>COMMENT:  CL27GOV*1500@MIDLAND MTG/PL*PMT/DECL*DKT4PMT-LMT*BGN 11/19 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5162 |
| **WESTGATE RESORTS LTD**<br>2801 OLD WINTER GARDEN RD<br>OCOEE, FL  34761 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:30<br>CLAIM:  0.00<br>COMMENT:  SURR/PL*52911.61/CL*TIMESHARE/SCH*BGN 12/19 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 1277 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:22<br>CLAIM:  962.61<br>COMMENT:  CL22GOV*700/PL*1574~18/SCH | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 6375 |
| **ABSOLUTE RESOLUTIONS INVESTMENTS LLC**<br>C/O ABSOLUTE RESOLUTIONS CORP<br>8000 NORMAN CENTER DR STE 350<br>BLOOMINGTON, MN  55438 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:2<br>CLAIM:  7,306.67<br>COMMENT:  OVERSTOCK*FIRST NAT BNK OF OMAHA | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4733 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA  17104-1444 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~CHASE~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0013 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 11   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~PNC~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **BANK OF AMERICA**<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | Trustee Claim Number: 12   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3985 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br>WILMINGTON, DE 19801 | Trustee Claim Number: 13   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **BECKET & LEE LLP**<br>POB 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 14   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~CAP 1/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 15   INT %: 0.00%<br>Court Claim Number: 29-2<br>CLAIM: 5,364.66<br>COMMENT: BBY*CITIBANK*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7527 |
| **CAPITAL ONE**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 16   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7777 |
| **CCB CREDIT SVCS***<br>5300 S 6TH ST*<br>SPRINGFIELD, IL 62703 | Trustee Claim Number: 17   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~APPLES~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0661 |
| **AFSA DATA CORP/ACS**<br>MAIL STOP CA/LB 2144*<br>2277 E 220TH ST*<br>LONG BEACH, CA 90810-1690 | Trustee Claim Number: 18   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5741 |
| **AFSA DATA CORP/ACS**<br>MAIL STOP CA/LB 2144*<br>2277 E 220TH ST*<br>LONG BEACH, CA 90810-1690 | Trustee Claim Number: 19   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~WELLS FARGO~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3751 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 20   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 10,673.57<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9424 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B** C/O JPMORGAN CHASE BANK NA PO BOX 15368 WILMINGTON, DE 19850 | Trustee Claim Number:21 INT %: 0.00% Court Claim Number:7 | CLAIM: 783.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9574 |
| **CHASE MORTGAGE** PO BOX 24696 COLUMBUS, OH 43224-0696 | Trustee Claim Number:22 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: |
| **MIDLAND FUNDING LLC** C/O MIDLAND CREDIT MANAGEMENT INC - AGE PO BOX 2011 WARREN, MI 48090 | Trustee Claim Number:23 INT %: 0.00% Court Claim Number:19 | CLAIM: 6,404.52 COMMENT: NO$~NTC ONLY/SCH*CITIBANK*COSTCO | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8164 |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number:24 INT %: 0.00% Court Claim Number:26 | CLAIM: 3,197.01 COMMENT: NO$/SCH*CITIBANK | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6596 |
| **CLEARVIEW FCU**\*\* 8805 UNIVERSITY BLVD MOON TWP, PA 15108-4212 | Trustee Claim Number:25 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0001 |
| **COMENITY BANK** PO BOX 182272 COLUMBUS, OH 43218 | Trustee Claim Number:26 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR~NO$~LEVIN~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1786 |
| **COMENITY BANK** PO BOX 182272 COLUMBUS, OH 43218 | Trustee Claim Number:27 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR~NO$~LNBRYANT~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9198 |
| **COMENITY BANK** PO BOX 182272 COLUMBUS, OH 43218 | Trustee Claim Number:28 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR~NO$~VALUECITY~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9379 |
| **COMENITY BANK** PO BOX 182272 COLUMBUS, OH 43218 | Trustee Claim Number:29 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR~NO$~COLDWATER/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5321 |
| **COMENITY BANK** PO BOX 182272 COLUMBUS, OH 43218 | Trustee Claim Number:30 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR~NO$~APPLESEEDS~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0069 |

| Creditor | Trustee Claim / Court Claim | Credit Description / Account | Claim / Comment |
|---|---|---|---|
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 31 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2305 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~MYPLACE REWARDS~NTC ONLY/SCH |
| **CORNERSTONE LOAN SERVICING**<br>PO BOX 61047<br>HARRISBURG, PA 17106 | Trustee Claim Number: 32 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH |
| **DEPARTMENT OF EDUCATION/NAVIENT**<br>PO BOX 9635<br>WILKES BARRE, PA 18773 | Trustee Claim Number: 33 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 0606 | CLAIM: 0.00<br>COMMENT: 50/PL@UNSEC SPECIAL/CONF*50 X (60+2)=LMT |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 34 INT %: 0.00%<br>Court Claim Number: 5 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2263 | CLAIM: 8,960.90<br>COMMENT: |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 35 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4204 | CLAIM: 0.00<br>COMMENT: |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091 | Trustee Claim Number: 36 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8460 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 37 INT %: 0.00%<br>Court Claim Number: 21 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2248 | CLAIM: 11,125.02<br>COMMENT: X4430/SCH*NO$~NTC ONLY/SCH |
| **FED LOAN SERVICING**<br>PO BOX 790234<br>ST LOUIS, MO 63179 | Trustee Claim Number: 38 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH |
| **FIFTH THIRD BANK**<br>PO BOX 637640<br>CINCINNATI, OH 45263-7640 | Trustee Claim Number: 39 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8409 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | Trustee Claim Number: 40 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5537 | CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | Trustee Claim Number: 41 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0311 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE 68197-3106 | Trustee Claim Number: 42 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5367 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 43 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9424 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 44 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9420 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 45 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0567 |
| **KIA MOTOR FINANCE**<br>POB 20825<br>FOUNTAIN VALLEY, CA 92728 | Trustee Claim Number: 46 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8555 |
| **CAPITAL ONE NA***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 47 INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 3,373.65<br>COMMENT: NO$~KOHLS~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8581 |
| **LIGHTSTREAM**<br>303 PEACHTREE ST NE<br>ATLANTA, GA 30308 | Trustee Claim Number: 48 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3063 |
| **US DEPARTMENT OF EDUCATION - NELNET**<br>PO BOX 82561<br>LINCOLN, NE 68501 | Trustee Claim Number: 49 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0274 |
| **ONE MAIN FINANCIAL GROUP LLC(*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 50 INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 9,241.63<br>COMMENT: LOAN DATE: 12/13/2018 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3994 |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **OFFICE OF UC BENEFITS POLICY\*\***<br>DEPARTMENT OF LABOR AND INDUSTRY - UC D<br>LABOR & INDUSTRY BLDG 10TH FL<br>651 BOAS ST<br>HARRISBURG, PA  17121 | Trustee Claim Number:51  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:52  INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  3,109.00<br>COMMENT:  AMAZON*SYNCHRONY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9918 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:53  INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  3,372.13<br>COMMENT:  BARCLAYS*JUNIPER | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2888 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:54  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  9,033.07<br>COMMENT:  SAMS CLUB*SYNCHRONY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5667 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:55  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  7,999.73<br>COMMENT:  JCP*SYNCHRONY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6404 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:56  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  759.88<br>COMMENT:  TOYS R US*SYNCHRONY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3885 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:57  INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM:  8,500.15<br>COMMENT:  LOWES*SYNCHRONY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5853 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:58  INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  2,571.46<br>COMMENT:  TJ MAX*SYNCHRONY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9512 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 41067<br><br>NORFOLK, VA  23541-1067 | Trustee Claim Number:59  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  COMENITY BANK/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9512 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:60  INT %:  0.00%<br>Court Claim Number:16<br><br>CLAIM:  328.52<br>COMMENT:  COMENITY*THE CHILDRENS PLACE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2305 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:61  INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 5,022.62<br>COMMENT: BBY*CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7897 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 41067<br><br>NORFOLK, VA 23541-1067 | Trustee Claim Number:62  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PROSPER LENDING LLC**<br>221 MAIN ST STE 300<br><br>SAN FRANCISCO, CA 94105 | Trustee Claim Number:63  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9256 |
| **QUANTUM3 GROUP LLC**<br>POB 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:64  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: COMENITY BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC**<br>POB 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:65  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$~DSNB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CITIBANK NA****<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number:66  INT %: 0.00%<br>Court Claim Number:25<br><br>CLAIM: 833.64<br>COMMENT: X8270/SCH*NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2487 |
| **SUNTRUST BANK**<br>C/O LIGHTSTREAM - DIV SUNTRUST BANK<br>PO BOX 117320<br><br>ATLANTA, GA 30368 | Trustee Claim Number:67  INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 11,089.81<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3063 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA 23541 | Trustee Claim Number:68  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~JCP~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6233 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA 23541 | Trustee Claim Number:69  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~LUMBER~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4727 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA 23541 | Trustee Claim Number:70  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~LUMBER~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4669 |

| | | |
|---|---|---|
| **SYNCHRONY BANK** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br><br> NORFOLK, VA  23541 | Trustee Claim Number:71  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NT ADR~NO$~SAMS~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  4924 |
| **JEFFERSON CAPITAL SYSTEMS LLC*** <br> PO BOX 772813 <br><br> CHICAGO, IL  60677-2813 | Trustee Claim Number:72  INT %:  0.00% <br> Court Claim Number:24 <br><br> CLAIM:  567.93 <br> COMMENT:  SAMS CLUB*SYNCHRONY*REF 3519315385 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  8077 |
| **SYNCHRONY BANK** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br><br> NORFOLK, VA  23541 | Trustee Claim Number:73  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NT ADR~NO$~SLEEP NUMBER~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0023 |
| **SYNCHRONY BANK** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br><br> NORFOLK, VA  23541 | Trustee Claim Number:74  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NT ADR~NO$~TJX/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  5755 |
| **TD BANK NA(*)** <br> ATTN BANKRUPTCY DEPT ME 100-39 <br> POB 9547 <br><br> PORTLAND, ME  04112 | Trustee Claim Number:75  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NO$~TARGET~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  4284 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br><br> NORFOLK, VA  23541 | Trustee Claim Number:76  INT %:  0.00% <br> Court Claim Number:28-2 <br><br> CLAIM:  324.15 <br> COMMENT:  THD*CITIBANK*AMD | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  3295 |
| **CITIBANK NA**** <br> 6716 GRADE LN BLDG 9 STE 910-PY DEPT <br><br> LOUISVILLE, KY  50325-3439 | Trustee Claim Number:77  INT %:  0.00% <br> Court Claim Number:20 <br><br> CLAIM:  6,098.07 <br> COMMENT:  X1687/SCH*NO$/SCH*THD | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  3708 |
| **US DEPARTMENT OF EDUCATION - NELNET** <br> PO BOX 82561 <br><br> LINCOLN, NE  68501 | Trustee Claim Number:78  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **WEBBANK-FINGERHUT** <br> 6250 RIDGEWOOD RD <br><br> ST CLOUD, MN  56303 | Trustee Claim Number:79  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  3783 |
| **WEINSTEIN & RILEY PS** <br> 2001 WESTERN AVE STE 400 <br><br> SEATTLE, WA  98121 | Trustee Claim Number:80  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NO$~SYNC BANK/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  7350 |

CLAIM RECORDS

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **WEBBANK-FINGERHUT**<br>6250 RIDGEWOOD RD<br><br>ST CLOUD, MN  56303 | Trustee Claim Number:81  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT:  NO$~TD BANK/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WELLS FARGO DEALER SERVICES**<br>PO BOX 17900<br><br>DENVER, CO  80217-0900 | Trustee Claim Number:82  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT:  NT ADR~NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8838 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:83  INT %:  0.00%<br>Court Claim Number:22<br><br>CLAIM: 34.94<br>COMMENT:  NO GEN UNS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6375 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br><br>NORFOLK, VA  23541 | Trustee Claim Number:84  INT %:  0.00%<br>Court Claim Number:23<br><br>CLAIM: 6,617.68<br>COMMENT:  NT/SCH\*PAYPAL\*GEMB\*GECRB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0159 |
| **MIDFIRST BANK SSB\***<br>ATTN BANKRUPTCY TRUSTEE PMTS\*<br>999 NW GRAND BLVD STE 100<br><br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:85  INT %:  0.00%<br>Court Claim Number:27<br><br>CLAIM: 16,584.26<br>COMMENT:  CL27GOV\*12k@MIDLAND/PL | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  5162 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br><br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:86  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT:  ALLY FNCL/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |