**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SHAWN A FEHL<br>HOLLY L KING<br><br>  Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>  Movant<br>  vs.<br>DEPARTMENT OF EDUCATION/NAVIENT++<br><br>  Respondents | Case No. 19-24065CMB<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> NAVIENT'S MAIL HAS BEEN RETURNED AS UNDELIVERABLE. TRUSTEE'S RESEARCH INDICATES THAT NAVIENT IS NO LONGER SERVICING LOANS AND AIDVANTAGE MAY BE THE NEW SERVICER. NO PROOF OF CLAIM OR TRANSFER OF CLAIM WAS FILED.

| | |
|---|---|
| DEPARTMENT OF EDUCATION/NAVIENT++<br>PO BOX 9635<br>WILKES BARRE, PA 18773 | Court claim# /Trustee CID# 33 |

The Movant further certifies that on 10/12/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>    original creditor<br>    putative creditor<br>    counsel for debtor(s)<br>    counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
SHAWN A FEHL, HOLLY L KING, 1517 BROADWAY AVENUE, MCKEES ROCKS, PA 15136

DEBTOR'S COUNSEL:
PAUL W MCELRATH JR ESQ, MCELRATH LEGAL HOLDINGS LLC, 1641 SAW MILL RUN BLVD, PITTSBURGH, PA 15210

ORIGINAL CREDITOR:
DEPARTMENT OF EDUCATION/NAVIENT++, PO BOX 9635, WILKES BARRE, PA 18773

:
AIDVANTAGE O/B/O THE DEPARTMENT OF EDUCATION, PO BOX 4450, PORTLAND, OR 97208

ORIGINAL CREDITOR'S COUNSEL:
AIDVANTAGE O/B/O THE DEPARTMENT OF EDUCATION, PO BOX 300001, GREENVILLE, TX 75403

NEW CREDITOR: