IN THE UNITED STATES
BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Bankr. No. 19-24065-CMB |
| | : | |
| Shawn A. Fehl and Holly L. King, | : | Chapter 13 |
| | : | |
| | : | Document No. 75 |
| | : | |
| Debtors | : | Hearing: |
| | : | |
| | : | Claim No. 27 |
| Shawn A. Fehl and Holly L. King, | : | |
| | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Midfirst Bank, | : | |
| | : | |
| Respondent | : | |

### ORDER OF COURT

**AND NOW**, to wit, this _1st_ day of __March__, 2024, upon consideration of the foregoing Motion for Extension of Time *Nunc Pro Tunc* to Respond to Notice of Mortgage Payment Change, it is hereby ORDERED, ADJUDICATED and DECREED that the Debtors shall file their response to the Notice of Mortgage Payment Change in accordance with Local Rule 3002-4 on or before March 7, 2024.

By the Court:

_____  dmr
The Honorable Carlota M. Böhm
Judge, United States Bankruptcy Court

FILED
3/1/24 2:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-24065-CMB
Shawn A Fehl  Chapter 13
Holly L King
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2
Date Rcvd: Mar 01, 2024  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shawn A Fehl, Holly L King, 1517 Broadway Avenue, McKees Rocks, PA 15136-1703 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 03, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:

**Name**          **Email Address**

Denise Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com

Dennis M. Sloan
    on behalf of Joint Debtor Holly L King sloanassoc@zoominternet.net  dsloan@sloanassoc.com

Dennis M. Sloan
    on behalf of Debtor Shawn A Fehl sloanassoc@zoominternet.net  dsloan@sloanassoc.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
    on behalf of Joint Debtor Holly L King ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Paul W. McElrath, Jr.
    on behalf of Debtor Shawn A Fehl ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9