# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**In RE:**

SHAWN A FEHL

HOLLY L KING

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 18

**Case Number:** 19-24065

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to PAYMENTS only, listed in the above stated case, be changed.

Check which type of address change is being requested:

☐ Notice only     ☑ Payment only     ☐ Notice & Payment

**PAYMENT ADDRESS**

FROM:

Payment Processing Center

P.O. Box 78367

Phoenix, AZ 85062

TO:

Payment Processing Center

P.O. Box 660618

Dallas, TX 75266-0618

Date: 07/01/2024

/s/ Amit Rohit

Creditor's Authorized Agent for Ally Financial

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

In RE:

SHAWN A FEHL
HOLLY L KING

Debtor(s)

Chapter: 13

Case Number: 19-24065

## Certificate of Service

I certify that on 07/01/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
DENNIS M SLOAN
SLOANASSOC@ZOOMINTERNET.NET

Trustee
RONDA J. WINNECOUR

United States Trustee
OFFICE OF THE UNITED STATES TRUSTEE

/s/ Amit Rohit
Amit Rohit
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com