UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | } | Bankr. No. 19-24065-CMB |
| | } | |
| Shawn A. Fehl and Holly L. King, | } | Chapter 13 |
| | } | |
| Debtors, | } | Doc. No. |
| | } | |
| Shawn A. Fehl and Holly L. King, | } | Hearing: |
| | } | |
| Movants, | } | |
| | } | |
| v. | } | |
| | } | |
| NO RESPONDENT | } | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On October 18, 2024 at docket numbers 81 and 82, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel who duly questioned the Debtors about the statements in this Certification and verified the answers in support of this Certification.

                                          Respectfully submitted,
                                          Sloan & Associates, P.C.,

Dated: October 29, 2024                /s/Dennis M. Sloan
                               BY:   Dennis M. Sloan
                                          Attorney for Debtors

                                          Pa. Id. No. 83784

                                          106 S. Main Street, Suite 305
                                          Butler, PA 16001
                                          (724) 284-9092
                                          sloanassoc@zoominternet.net