**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SHAWN A FEHL<br>HOLLY L KING<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>   vs.<br>No Respondents. | Case No.:19-24065<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 23, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/18/2019 and confirmed on 2/20/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 275,311.27 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 275,311.27 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 13,900.63 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 17,400.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 88,439.64 | 0.00 | 88,439.64 |
|     Acct: 5162 | | | | |
|   MIDFIRST BANK SSB* | 16,584.26 | 16,584.26 | 0.00 | 16,584.26 |
|     Acct: 5162 | | | | |
|   WESTGATE RESORTS LTD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1277 | | | | |
|   ALLY FINANCIAL(*) | 11,850.00 | 11,850.00 | 987.37 | 12,837.37 |
|     Acct: 3760 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 2,767.69 | 2,767.69 | 625.66 | 3,393.35 |
|     Acct: 4135 | | | | |
| | | | | 121,254.62 |
| **Priority** | | | | |
|   DENNIS M SLOAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN A FEHL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ++ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 962.61 | 962.61 | 0.00 | 962.61 |
|     Acct: 6375 | | | | |
| | | | | 962.61 |
| **Unsecured** | | | | |
|   AIDVANTAGE O/B/O THE DEPARTMENT O | 0.00 | 3,000.00 | 0.00 | 3,000.00 |
|     Acct: 6375 | | | | |
|   ABSOLUTE RESOLUTIONS INVESTMENTS | 7,306.67 | 7,306.67 | 0.00 | 7,306.67 |
|     Acct: 4733 | | | | |
|   AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0013 | | | | |
|   AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 0001 | | | | |
| | BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3985 | | | | |
| | BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BECKET & LEE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 5,364.66 | 5,364.66 | 0.00 | 5,364.66 |
| | Acct: 7527 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7777 | | | | |
| | CCB CREDIT SVCS* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0661 | | | | |
| | AFSA DATA CORP/ACS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5741 | | | | |
| | AFSA DATA CORP/ACS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3751 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CHA | 10,673.57 | 10,673.57 | 0.00 | 10,673.57 |
| | Acct: 9424 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CHA | 783.00 | 783.00 | 0.00 | 783.00 |
| | Acct: 9574 | | | | |
| | CHASE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MIDLAND FUNDING LLC | 6,404.52 | 6,404.52 | 0.00 | 6,404.52 |
| | Acct: 8164 | | | | |
| | LVNV FUNDING LLC | 3,197.01 | 3,197.01 | 0.00 | 3,197.01 |
| | Acct: 6596 | | | | |
| | CLEARVIEW FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1786 | | | | |
| | COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9198 | | | | |
| | COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9379 | | | | |
| | COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5321 | | | | |
| | COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0069 | | | | |
| | COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2305 | | | | |
| | CORNERSTONE LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | DISCOVER BANK(*) | 8,960.90 | 8,960.90 | 0.00 | 8,960.90 |
| | Acct: 2263 | | | | |
| | DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4204 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8460 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 11,125.02 | 11,125.02 | 0.00 | 11,125.02 |
| | Acct: 2248 | | | | |
| | FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8409 | | | | |
| | FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5537 | | | | |
| | FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0311 | | | | |
| | FIRST NATIONAL BANK OF OMAHA(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 5367 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9424 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9420 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0567 | | | | |
| | KIA MOTOR FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8555 | | | | |
| | CAPITAL ONE NA** | 3,373.65 | 3,373.65 | 0.00 | 3,373.65 |
| | Acct: 8581 | | | | |
| | LIGHTSTREAM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3063 | | | | |
| | US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0274 | | | | |
| | ONE MAIN FINANCIAL GROUP LLC(*) | 9,241.63 | 9,241.63 | 0.00 | 9,241.63 |
| | Acct: 3994 | | | | |
| | OFFICE OF UC BENEFITS POLICY** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 3,109.00 | 3,109.00 | 0.00 | 3,109.00 |
| | Acct: 9918 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 3,372.13 | 3,372.13 | 0.00 | 3,372.13 |
| | Acct: 2888 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 9,033.07 | 9,033.07 | 0.00 | 9,033.07 |
| | Acct: 5667 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 7,999.73 | 7,999.73 | 0.00 | 7,999.73 |
| | Acct: 6404 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 759.88 | 759.88 | 0.00 | 759.88 |
| | Acct: 3885 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 8,500.15 | 8,500.15 | 0.00 | 8,500.15 |
| | Acct: 5853 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 2,571.46 | 2,571.46 | 0.00 | 2,571.46 |
| | Acct: 9512 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9512 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 328.52 | 328.52 | 0.00 | 328.52 |
| | Acct: 2305 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 5,022.62 | 5,022.62 | 0.00 | 5,022.62 |
| | Acct: 7897 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PROSPER LENDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9256 | | | | |
| | QUANTUM3 GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | QUANTUM3 GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CITIBANK NA** | 833.64 | 833.64 | 0.00 | 833.64 |
| | Acct: 2487 | | | | |
| | SUNTRUST BANK | 11,089.81 | 11,089.81 | 0.00 | 11,089.81 |
| | Acct: 3063 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6233 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4727 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4669 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4924 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 567.93 | 567.93 | 0.00 | 567.93 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8077 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0023 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5755 | | | | |
| TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4284 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 324.15 | 324.15 | 0.00 | 324.15 |
| Acct: 3295 | | | | |
| CITIBANK NA** | 6,098.07 | 6,098.07 | 0.00 | 6,098.07 |
| Acct: 3708 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3783 | | | | |
| WEINSTEIN & RILEY PS** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7350 | | | | |
| WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WELLS FARGO DEALER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8838 | | | | |
| INTERNAL REVENUE SERVICE* | 34.94 | 34.94 | 0.00 | 34.94 |
| Acct: 6375 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 6,617.68 | 6,617.68 | 0.00 | 6,617.68 |
| Acct: 0159 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9512 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 135,693.41 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 257,910.64 |

TOTAL CLAIMED
PRIORITY            962.61
SECURED          31,201.95
UNSECURED     132,693.41


Date: 12/23/2024                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   SHAWN A FEHL
   HOLLY L KING
        Debtor(s)

Ronda J. Winnecour
        Movant
     vs.
No Repondents.

Case No.:19-24065

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24065-CMB |
| Shawn A Fehl | Chapter 13 |
| Holly L King | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 7 |
| Date Rcvd: Dec 24, 2024 | Form ID: pdf900 | Total Noticed: 101 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shawn A Fehl, Holly L King, 1517 Broadway Avenue, McKees Rocks, PA 15136-1703 |
| 15141609 | + | Becket & Lee, 16 General Warren Blvd., Malvern, PA 19355-1245 |
| 15141613 | | Ces/gco Elf Dep, C/o Acs, Utica, NY 13501 |
| 15141614 | | Ces/wells Fargo, C/o Acs, Utica, NY 13501 |
| 15141625 | + | Cornerstone, Pob Box 145122, Salt Lake City, UT 84114-5122 |
| 15141629 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15165404 | + | PA Department Of Labor & Industry, PO Box 28405, Harrisburg, PA 17128-0001 |
| 15141644 | + | Prosper Marketplace In, 221 Main Street, San Francisco, CA 94105-1906 |
| 15141647 | + | Suntrust, 600 W Broadway Ste 2000, San Diego, CA 92101-3358 |
| 15165426 | + | US Department Of Education, c/o FedLoan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 24 2024 22:19:41 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 24 2024 22:19:51 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 24 2024 22:08:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4001 Embarcadero Drive, Arlington, TX 76014-4106 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Dec 24 2024 22:09:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 24 2024 22:19:42 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 24 2024 22:30:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15141603 | | Email/Text: Bankruptcy@absoluteresolutions.com | Dec 24 2024 22:07:00 | Absolute Resolutions Investments, LLC, 8000 Norman Center Drive, Suite 350, Minneapolis, MN 55437 |
| 15150955 | | Email/Text: Bankruptcy@absoluteresolutions.com | Dec 24 2024 22:07:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 15165356 | + | Email/Text: bncnotifications@pheaa.org | Dec 24 2024 22:08:00 | AES/ Chase Bank, POB 61047, Harrisburg, PA 17106-1047 |

Case 19-24065-CMB    Doc 87    Filed 12/26/24    Entered 12/27/24 00:13:23    Desc Imaged
Certificate of Notice    Page 8 of 13

| District/off: 0315-2 | User: auto | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Dec 24, 2024 | Form ID: pdf900 | Total Noticed: 101 |

| | | | |
|---|---|---|---|
| 15152039 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 24 2024 22:08:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15141605 | + Email/Text: bncnotifications@pheaa.org | Dec 24 2024 22:08:00 | Aes/pnc Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15648549 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 24 2024 22:19:42 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 300001, Greenville, TX 75403-3001 |
| 15168167 | Email/Text: ally@ebn.phinsolutions.com | Dec 24 2024 22:07:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15141606 | + Email/Text: ally@ebn.phinsolutions.com | Dec 24 2024 22:07:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15141607 | + Email/Text: creditcardbkcorrespondence@bofa.com | Dec 24 2024 22:07:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15165360 | + Email/Text: BarclaysBankDelaware@tsico.com | Dec 24 2024 22:08:00 | Barclay's Bank, 700 Prides Xing Road, Newark, DE 19713-6109 |
| 15165362 | + Email/Text: BarclaysBankDelaware@tsico.com | Dec 24 2024 22:08:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 15141608 | + Email/Text: BarclaysBankDelaware@tsico.com | Dec 24 2024 22:08:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15141610 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 24 2024 22:19:53 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15165365 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 24 2024 22:19:57 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15141611 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 24 2024 22:20:04 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15166035 | Email/PDF: bncnotices@becket-lee.com | Dec 24 2024 22:20:04 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15141612 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 24 2024 22:08:00 | Ccb/apples, Po Box 182120, Columbus, OH 43218-2120 |
| 15141615 | + Email/Text: RASEBN@raslg.com | Dec 24 2024 22:07:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15141616 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 24 2024 22:19:42 | Citibank, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15173606 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 24 2024 22:19:43 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15141617 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 24 2024 22:19:43 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15141618 | + Email/Text: bankruptcy@clearviewfcu.org | Dec 24 2024 22:08:00 | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15165375 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 24 2024 22:08:00 | Comenity Bank-Bankruptcy Dept., Po Box 183043, Columbus, OH 43218-3043 |
| 15141619 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 24 2024 22:08:00 | Comenity Bank/levin, Po Box 182789, Columbus, OH 43218-2789 |
| 15141620 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 24 2024 22:08:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15141621 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 24 2024 22:08:00 | Comenitybank/valuecity, Po Box 182789, Columbus, OH 43218-2789 |
| 15141622 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 24 2024 22:08:00 | Comenitybk/coldwater, Po Box 182789, Columbus, OH 43218-2789 |
| 15141623 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

|  |  |  | Dec 24 2024 22:08:00 | Comenitycb/appleseeds, Po Box 182120, Columbus, OH 43218-2120 |
|---|---|---|---|---|
| 15141624 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 24 2024 22:08:00 | Comenitycb/myplacerwds, Po Box 182120, Columbus, OH 43218-2120 |
| 15141628 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 24 2024 22:19:54 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15173743 |   | Email/Text: bnc-quantum@quantum3group.com | Dec 24 2024 22:08:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15141626 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 24 2024 22:19:57 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15156337 |   | Email/Text: mrdiscen@discover.com | Dec 24 2024 22:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15141627 | + | Email/Text: mrdiscen@discover.com | Dec 24 2024 22:07:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15141633 |   | Email/Text: collecadminbankruptcy@fnni.com | Dec 24 2024 22:08:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15141630 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Dec 24 2024 22:09:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15141631 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 24 2024 22:07:00 | First National Bank Of, 4140 E State St, Hermitage, PA 16148-3401 |
| 15141632 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 24 2024 22:07:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15141634 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 24 2024 22:08:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15165394 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 24 2024 22:08:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15173903 |   | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 24 2024 22:08:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15165371 |   | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 24 2024 22:19:43 | Chase Mortgage, PO Box 24696, Columbus, OH 43224 |
| 15141635 |   | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 24 2024 22:19:46 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15141636 |   | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 24 2024 22:19:38 | Jpmcb Hl, 700 Kansas Lane, Monroe, LA 71203 |
| 15156915 | + | Email/Text: RASEBN@raslg.com | Dec 24 2024 22:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15141637 | ^ | MEBN | Dec 24 2024 22:05:14 | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 15141638 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 24 2024 22:07:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15174603 |   | Email/PDF: resurgentbknotifications@resurgent.com | Dec 24 2024 22:19:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15141639 | + | Email/Text: bankruptcy@lightstream.com | Dec 24 2024 22:09:00 | Lightstream, 303 Peachtree Street Northeast, Atlanta, GA 30308-3253 |
| 15165400 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 24 2024 22:19:50 | Lowes Home Centers Inc, PO Box 530914, Atlanta, GA 30353-0914 |
| 15175652 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 24 2024 22:20:00 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15170432 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 24 2024 22:08:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15141640 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com |  |  |

Case 19-24065-CMB    Doc 87    Filed 12/26/24    Entered 12/27/24 00:13:23    Desc Imaged
                                Certificate of Notice    Page 10 of 13

| District/off: 0315-2 | User: auto | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Dec 24, 2024 | Form ID: pdf900 | Total Noticed: 101 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 24 2024 22:20:00 | Midland Mtg/midfirst, Pob 268959, Oklahoma City, OK 73126-8959 |
| 15141641 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Dec 24 2024 22:08:00 | Nelnet Loans, Po Box 82561, Lincoln, NE 68501-2561 |
| 15150401 | | Email/PDF: cbp@omf.com | | |
| | | | Dec 24 2024 22:30:52 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15141642 | + | Email/PDF: cbp@omf.com | | |
| | | | Dec 24 2024 22:19:38 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15141643 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 24 2024 22:30:50 | Portfolio Recovery, PO Box 41067, Norfolk, VA 23541 |
| 15479833 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 24 2024 22:19:46 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15167181 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 24 2024 22:20:08 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15165406 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 24 2024 22:20:02 | PRA Receivables, PO Box 12914, Norfolk, VA 23541-0914 |
| 15141645 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Dec 24 2024 22:08:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15165409 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Dec 24 2024 22:07:00 | Robertson, Anschutz & Schneid, P.L, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 15165412 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 24 2024 22:20:00 | SYNCB, PO BOX 965015, Orlando, FL 32896-5015 |
| 15165413 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 24 2024 22:19:49 | SYNCB/AMAZON, PO BOX 965015, Orlando, FL 32896-5015 |
| 15165415 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 24 2024 22:19:49 | SYNCB/LOWES, PO Box 965036, Orlando, FL 32896-5036 |
| 15165422 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 24 2024 22:19:46 | SYNCHRONY BANK/TJX, PO BOX 965024, Orlando, FL 32896-5024 |
| 15141646 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Dec 24 2024 22:20:04 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15153289 | + | Email/Text: bankruptcy@bbandt.com | | |
| | | | Dec 24 2024 22:08:00 | SunTrust Bank, Bankruptcy Dept., P.O. Box 85092, Richmond, VA 23286-0001 |
| 15141648 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 24 2024 22:30:48 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15141649 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 24 2024 22:19:55 | Syncb/lumber Liquidato, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15141650 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 24 2024 22:19:57 | Syncb/lumliq, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15141651 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 24 2024 22:19:38 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15141652 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 24 2024 22:30:53 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15141653 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 24 2024 22:30:43 | Syncb/sleep Number, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15141654 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 24 2024 22:19:53 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 15173807 | ^ | MEBN | | |
| | | | Dec 24 2024 22:04:49 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15142392 | ^ | MEBN | | |
| | | | Dec 24 2024 22:04:50 | Synchrony Bank, c/o of PRA Receivables |

Case 19-24065-CMB   Doc 87   Filed 12/26/24   Entered 12/27/24 00:13:23   Desc Imaged
                              Certificate of Notice   Page 11 of 13

| District/off: 0315-2 | User: auto | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Dec 24, 2024 | Form ID: pdf900 | Total Noticed: 101 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15165423 | + | Email/Text: bncmail@w-legal.com | Dec 24 2024 22:08:00 | TD BANK USA/TARGET CREDIT, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |
| 15141655 | + | Email/Text: bncmail@w-legal.com | Dec 24 2024 22:08:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15141656 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 24 2024 22:19:44 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15165430 | | Email/Text: bankruptcy_notices@wgresorts.com | Dec 24 2024 22:07:00 | Westgate Resorts, 2801 Old Winter Garden Road, Ocoee, FL 34761 |
| 15141657 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 24 2024 22:09:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15141658 | + | Email/Text: bncmail@w-legal.com | Dec 24 2024 22:08:00 | Weinstein & Riley, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 15141659 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 24 2024 22:20:08 | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |
| 15187900 | ^ | MEBN | Dec 24 2024 22:05:01 | Westgate Vacation Villas, LLC, 2801 Old Winter Garden Rd., Ocoee, FL 34761-2965 |

TOTAL: 91

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| 15141604 | | Aes/chase Bank |
| 15165355 | *P++ | ABSOLUTE RESOLUTIONS CORPORATION, 8000 NORMAN CENTER DRIVE SUITE 350, BLOOMINGTON MN 55437-1118, address filed with court:, Absolute Resolutions Investments, LLC, 8000 Norman Center Drive, Suite 350, Minneapolis, MN 55437 |
| 15257006 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15165357 | *+ | Aes/pnc Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15165358 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15165359 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15165361 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15165363 | *+ | Becket & Lee, 16 General Warren Blvd., Malvern, PA 19355-1245 |
| 15165364 | *+ | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15165366 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15165367 | *+ | Ccb/apples, Po Box 182120, Columbus, OH 43218-2120 |
| 15165368 | * | Ces/gco Elf Dep, C/o Acs, Utica, NY 13501 |
| 15165369 | * | Ces/wells Fargo, C/o Acs, Utica, NY 13501 |
| 15165370 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15165372 | *+ | Citibank, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15165373 | *+ | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15165374 | *+ | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15165376 | *+ | Comenity Bank/levin, Po Box 182789, Columbus, OH 43218-2789 |
| 15165377 | *+ | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15165378 | *+ | Comenitybank/valuecity, Po Box 182789, Columbus, OH 43218-2789 |
| 15165379 | *+ | Comenitybk/coldwater, Po Box 182789, Columbus, OH 43218-2789 |
| 15165380 | *+ | Comenitycb/appleseeds, Po Box 182120, Columbus, OH 43218-2120 |
| 15165381 | *+ | Comenitycb/myplacerwds, Po Box 182120, Columbus, OH 43218-2120 |
| 15165382 | *+ | Cornerstone, Pob Box 145122, Salt Lake City, UT 84114-5122 |
| 15165385 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15165383 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15165384 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15165390 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |

Case 19-24065-CMB    Doc 87    Filed 12/26/24    Entered 12/27/24 00:13:23    Desc Imaged
Certificate of Notice    Page 12 of 13

| District/off: 0315-2 | User: auto | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Dec 24, 2024 | Form ID: pdf900 | Total Noticed: 101 |

| | | |
|---|---|---|
| 15165386 | *+ | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15165387 | *+ | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15165388 | *+ | First National Bank Of, 4140 E State St, Hermitage, PA 16148-3401 |
| 15165389 | *+ | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15165391 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15165393 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15165392 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15165395 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15165396 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Hl, 700 Kansas Lane, Monroe, LA 71203 |
| 15165397 | *+ | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 15165398 | *+ | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15165399 | *+ | Lightstream, 303 Peachtree Street Northeast, Atlanta, GA 30308-3253 |
| 15165401 | *+ | Midland Mtg/midfirst, Pob 268959, Oklahoma City, OK 73126-8959 |
| 15165402 | *+ | Nelnet Loans, Po Box 82561, Lincoln, NE 68501-2561 |
| 15165403 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15165405 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, PO Box 41067, Norfolk, VA 23541 |
| 15165407 | *+ | Prosper Marketplace In, 221 Main Street, San Francisco, CA 94105-1906 |
| 15165408 | * | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15165410 | *+ | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15165411 | *+ | Suntrust, 600 W Broadway Ste 2000, San Diego, CA 92101-3358 |
| 15165414 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15165416 | *+ | Syncb/lumber Liquidato, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15165417 | *+ | Syncb/lumliq, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15165418 | *+ | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15165419 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15165420 | *+ | Syncb/sleep Number, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15165421 | *+ | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 15165424 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15165425 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15165427 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15165428 | *+ | Weinstein & Riley, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 15165429 | *+ | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 2 Undeliverable, 59 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2024             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Dennis M. Sloan | on behalf of Debtor Shawn A Fehl sloanassoc@zoominternet.net  dsloan@sloanassoc.com |

| District/off: 0315-2 | User: auto | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Dec 24, 2024 | Form ID: pdf900 | Total Noticed: 101 |

Dennis M. Sloan
    on behalf of Joint Debtor Holly L King sloanassoc@zoominternet.net dsloan@sloanassoc.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial wcraig@egalawfirm.com,
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7