| Fill in this information to identify the case: |
|---|
| Debtor 1     Shawn A. Fehl |
| Debtor 2     Holly L. King  (Spouse, if filing) |
| United States Bankruptcy Court for the: Western District of PA |
| Case number   19-24065 CMB |

Form 4100R

# Response to Notice of Final Cure Payment                                                10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:   Mortgage Information

**Name of Creditor:**      MIDFIRST BANK                                        **Court claim no.** (if known):    27-1

**Last 4 digits** of any number you use to identify the debtor's account:     5162
**Property address:**
　　　　　　　　1517 Broadway Avenue
　　　　　　　　Elderton, PA 15136

## Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                                                                                                        $ _____

## Part 3:   Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with
§ 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

　　The next postpetition payment from the debtor(s) is due on:        11 / 01 / 2024 as of hand off from the trustee. Loan remains due 11/1/24

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

　　Creditor asserts that the total amount remaining unpaid as of the date of this response is:
　　a.   Total postpetition ongoing payments due:                                                     (a)         $ _____
　　b.   Total fees, charges, expenses, escrow, and costs outstanding:                  + (b)         $ _____
　　c.   **Total.** Add lines a and b.                                                                         (c)         $ _____

　　Creditor asserts that the debtor(s) are contractually obligated for
　　the postpetition payment(s) that first became due on:

Debtor(s)  Shawn A. Fehl and Holly L. King                          Case Number (if known): 19-24065 CMB
           First Name  Middle Name           Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ *Brent J. Lemon*                                Date    01/23/2025
Brent Lemon
23 Jan 2025, 10:41:32, EST

   KML Law Group, P.C.
   701 Market Street, Suite 5000
   Philadelphia, PA 16106
   215-627-1322
   bkgroup@kmllawgroup.com
   Attorney for Creditor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Shawn A. Fehl<br>Holly L. King<br>                         Debtor(s)<br><br>MIDFIRST BANK<br>                         Movant<br>      vs.<br><br>Shawn A. Fehl<br>Holly L. King<br>                         Debtor(s)<br><br>Ronda J. Winnecour,<br>                         Trustee | BK NO. 19-24065 CMB<br><br>Chapter 13<br><br>Related to Claim No. 27-1 |

**CERTIFICATE OF SERVICE**
**RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT**

I, Brent J. Lemon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 23, 2025, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Shawn A. Fehl
1517 Broadway Avenue
McKees Rocks, PA 15136

Holly L. King
1517 Broadway Avenue
McKees, PA 15136

Attorney for Debtor(s) (via ECF)
Dennis M. Sloan, Esq.
106 S. Main Street
Suite 305
Butler, PA 16001

Trustee (via ECF)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first-class mail.

Dated: January 23, 2025

                                                      **/s/ Brent J. Lemon**
                                                      Brent J. Lemon
                                                      Attorney I.D. 86478
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA 19106
                                                      (412) 475-8764
                                                      blemon@kmllawgroup.com