**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Shawn A Fehl | Social Security number or ITIN  xxx–xx–6375 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Holly L King | Social Security number or ITIN  xxx–xx–1574 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  19–24065–CMB | | |

## Order of Discharge                                                                                                              12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Shawn A Fehl                                                Holly L King

<u>2/10/25</u>                                                **By the court:** <u>Carlota M Bohm</u>
                                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                                    **Chapter 13 Discharge**                                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 19-24065-CMB |
|---|---|
| Shawn A Fehl | Chapter 13 |
| Holly L King | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 7 |
|---|---|---|
| Date Rcvd: Feb 10, 2025 | Form ID: 3180W | Total Noticed: 103 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shawn A Fehl, Holly L King, 1517 Broadway Avenue, McKees Rocks, PA 15136-1703 |
| 15141609 | + | Becket & Lee, 16 General Warren Blvd., Malvern, PA 19355-1245 |
| 15141613 | | Ces/gco Elf Dep, C/o Acs, Utica, NY 13501 |
| 15141614 | | Ces/wells Fargo, C/o Acs, Utica, NY 13501 |
| 15141625 | + | Cornerstone, Pob Box 145122, Salt Lake City, UT 84114-5122 |
| 15141629 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15165404 | + | PA Department Of Labor & Industry, PO Box 28405, Harrisburg, PA 17128-0001 |
| 15141644 | + | Prosper Marketplace In, 221 Main Street, San Francisco, CA 94105-1906 |
| 15141647 | + | Suntrust, 600 W Broadway Ste 2000, San Diego, CA 92101-3358 |
| 15165426 | + | US Department Of Education, c/o FedLoan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Feb 11 2025 04:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 10 2025 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Feb 11 2025 04:40:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 10 2025 23:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: AISACG.COM | Feb 11 2025 04:40:00 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + EDI: AISACG.COM | Feb 11 2025 04:40:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + EDI: PHINAMERI.COM | Feb 11 2025 04:40:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4001 Embarcadero Drive, Arlington, TX 76014-4106 |
| cr | + Email/Text: kburkley@bernsteinlaw.com | Feb 10 2025 23:53:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

Case 19-24065-CMB    Doc 92    Filed 02/12/25    Entered 02/13/25 00:31:01    Desc Imaged
                              Certificate of Notice    Page 4 of 9

| District/off: 0315-2 | User: auto | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Feb 10, 2025 | Form ID: 3180W | Total Noticed: 103 |

| | | | | |
|---|---|---|---|---|
| cr | | + EDI: PRA.COM | Feb 11 2025 04:40:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | + EDI: PRA.COM | Feb 11 2025 04:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15141603 | | Email/Text: Bankruptcy@absoluteresolutions.com | Feb 10 2025 23:51:00 | Absolute Resolutions Investments, LLC, 8000 Norman Center Drive, Suite 350, Minneapolis, MN 55437 |
| 15150955 | | Email/Text: Bankruptcy@absoluteresolutions.com | Feb 10 2025 23:51:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 15165356 | + | Email/Text: bncnotifications@pheaa.org | Feb 10 2025 23:52:00 | AES/ Chase Bank, POB 61047, Harrisburg, PA 17106-1047 |
| 15152039 | | EDI: PHINAMERI.COM | Feb 11 2025 04:40:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15141605 | + | Email/Text: bncnotifications@pheaa.org | Feb 10 2025 23:52:00 | Aes/pnc Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15648549 | | EDI: MAXMSAIDV | Feb 11 2025 04:40:00 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 300001, Greenville, TX 75403-3001 |
| 15168167 | | EDI: GMACFS.COM | Feb 11 2025 04:40:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15141606 | + | EDI: GMACFS.COM | Feb 11 2025 04:40:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15141607 | + | EDI: BANKAMER | Feb 11 2025 04:40:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15165360 | + | EDI: TSYS2 | Feb 11 2025 04:40:00 | Barclay's Bank, 700 Prides Xing Road, Newark, DE 19713-6109 |
| 15165362 | + | EDI: TSYS2 | Feb 11 2025 04:40:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 15141608 | + | EDI: TSYS2 | Feb 11 2025 04:40:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15141610 | + | EDI: CITICORP | Feb 11 2025 04:40:00 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15165365 | + | EDI: CAPITALONE.COM | Feb 11 2025 04:40:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15141611 | + | EDI: CAPITALONE.COM | Feb 11 2025 04:40:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15166035 | | Email/PDF: bncnotices@becket-lee.com | Feb 11 2025 00:21:08 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15141612 | + | EDI: WFNNB.COM | Feb 11 2025 04:40:00 | Ccb/apples, Po Box 182120, Columbus, OH 43218-2120 |
| 15141615 | + | Email/Text: RASEBN@raslg.com | Feb 10 2025 23:52:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15141616 | + | EDI: CITICORP | Feb 11 2025 04:40:00 | Citibank, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15173606 | | EDI: CITICORP | Feb 11 2025 04:40:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15141617 | + | EDI: CITICORP | Feb 11 2025 04:40:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15141618 | + | Email/Text: bankruptcy@clearviewfcu.org | Feb 10 2025 23:53:00 | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |

Case 19-24065-CMB   Doc 92   Filed 02/12/25   Entered 02/13/25 00:31:01   Desc Imaged
Certificate of Notice   Page 5 of 9

| District/off: 0315-2 | User: auto | Page 3 of 7 |
| --- | --- | --- |
| Date Rcvd: Feb 10, 2025 | Form ID: 3180W | Total Noticed: 103 |

| | | | | |
| --- | --- | --- | --- | --- |
| 15165375 | + | EDI: WFNNB.COM | | |
| | | | Feb 11 2025 04:40:00 | Comenity Bank-Bankruptcy Dept., Po Box 183043, Columbus, OH 43218-3043 |
| 15141619 | + | EDI: WFNNB.COM | | |
| | | | Feb 11 2025 04:40:00 | Comenity Bank/levin, Po Box 182789, Columbus, OH 43218-2789 |
| 15141620 | + | EDI: WFNNB.COM | | |
| | | | Feb 11 2025 04:40:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15141621 | + | EDI: WFNNB.COM | | |
| | | | Feb 11 2025 04:40:00 | Comenitybank/valuecity, Po Box 182789, Columbus, OH 43218-2789 |
| 15141622 | + | EDI: WFNNB.COM | | |
| | | | Feb 11 2025 04:40:00 | Comenitybk/coldwater, Po Box 182789, Columbus, OH 43218-2789 |
| 15141623 | + | EDI: WFNNB.COM | | |
| | | | Feb 11 2025 04:40:00 | Comenitycb/appleseeds, Po Box 182120, Columbus, OH 43218-2120 |
| 15141624 | + | EDI: WFNNB.COM | | |
| | | | Feb 11 2025 04:40:00 | Comenitycb/myplacerwds, Po Box 182120, Columbus, OH 43218-2120 |
| 15141628 | | EDI: CITICORP | | |
| | | | Feb 11 2025 04:40:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15173743 | | EDI: Q3G.COM | | |
| | | | Feb 11 2025 04:40:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15141626 | + | EDI: MAXMSAIDV | | |
| | | | Feb 11 2025 04:40:00 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15156337 | | EDI: DISCOVER | | |
| | | | Feb 11 2025 04:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15141627 | + | EDI: DISCOVER | | |
| | | | Feb 11 2025 04:40:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15141633 | | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | | Feb 10 2025 23:52:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15141630 | + | Email/Text: collectionbankruptcies.bancorp@53.com | | |
| | | | Feb 10 2025 23:53:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15141631 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
| | | | Feb 10 2025 23:52:00 | First National Bank Of, 4140 E State St, Hermitage, PA 16148-3401 |
| 15141632 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
| | | | Feb 10 2025 23:52:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15141634 | + | EDI: PHINAMERI.COM | | |
| | | | Feb 11 2025 04:40:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15165394 | + | EDI: IRS.COM | | |
| | | | Feb 11 2025 04:40:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15173903 | | EDI: JEFFERSONCAP.COM | | |
| | | | Feb 11 2025 04:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15165371 | | EDI: JPMORGANCHASE | | |
| | | | Feb 11 2025 04:40:00 | Chase Mortgage, PO Box 24696, Columbus, OH 43224 |
| 15141635 | | EDI: JPMORGANCHASE | | |
| | | | Feb 11 2025 04:40:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15141636 | | EDI: JPMORGANCHASE | | |
| | | | Feb 11 2025 04:40:00 | Jpmcb Hl, 700 Kansas Lane, Monroe, LA 71203 |
| 15156915 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Feb 10 2025 23:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15141637 | ^ | MEBN | | |
| | | | Feb 10 2025 23:49:25 | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 15141638 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Feb 10 2025 23:52:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |

Case 19-24065-CMB    Doc 92    Filed 02/12/25    Entered 02/13/25 00:31:01    Desc Imaged
Certificate of Notice    Page 6 of 9

| District/off: 0315-2 | User: auto | Page 4 of 7 |
| --- | --- | --- |
| Date Rcvd: Feb 10, 2025 | Form ID: 3180W | Total Noticed: 103 |

| | | | | |
| --- | --- | --- | --- | --- |
| 15174603 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2025 00:21:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15141639 | + | Email/Text: bankruptcy@lightstream.com | Feb 10 2025 23:53:00 | Lightstream, 303 Peachtree Street Northeast, Atlanta, GA 30308-3253 |
| 15165400 | + | EDI: SYNC | Feb 11 2025 04:40:00 | Lowes Home Centers Inc, PO Box 530914, Atlanta, GA 30353-0914 |
| 15175652 | + | EDI: AISMIDFIRST | Feb 11 2025 04:40:00 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15170432 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 10 2025 23:53:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15141640 | + | EDI: AISMIDFIRST | Feb 11 2025 04:40:00 | Midland Mtg/midfirst, Pob 268959, Oklahoma City, OK 73126-8959 |
| 15141641 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 10 2025 23:53:00 | Nelnet Loans, Po Box 82561, Lincoln, NE 68501-2561 |
| 15150401 | | EDI: AGFINANCE.COM | Feb 11 2025 04:40:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15141642 | + | EDI: AGFINANCE.COM | Feb 11 2025 04:40:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15141643 | | EDI: PRA.COM | Feb 11 2025 04:40:00 | Portfolio Recovery, PO Box 41067, Norfolk, VA 23541 |
| 15479833 | | EDI: PRA.COM | Feb 11 2025 04:40:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15167181 | | EDI: PRA.COM | Feb 11 2025 04:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15165406 | + | EDI: PRA.COM | Feb 11 2025 04:40:00 | PRA Receivables, PO Box 12914, Norfolk, VA 23541-0914 |
| 15141645 | | EDI: Q3G.COM | Feb 11 2025 04:40:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15165409 | + | Email/Text: RASEBN@raslg.com | Feb 10 2025 23:52:00 | Robertson, Anschutz & Schneid, P.L, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 15165412 | + | EDI: SYNC | Feb 11 2025 04:40:00 | SYNCB, PO BOX 965015, Orlando, FL 32896-5015 |
| 15165413 | + | EDI: SYNC | Feb 11 2025 04:40:00 | SYNCB/AMAZON, PO BOX 965015, Orlando, FL 32896-5015 |
| 15165415 | + | EDI: SYNC | Feb 11 2025 04:40:00 | SYNCB/LOWES, PO Box 965036, Orlando, FL 32896-5036 |
| 15165422 | + | EDI: SYNC | Feb 11 2025 04:40:00 | SYNCHRONY BANK/TJX, PO BOX 965024, Orlando, FL 32896-5024 |
| 15141646 | + | EDI: CITICORP | Feb 11 2025 04:40:00 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15153289 | + | Email/Text: bankruptcy@bbandt.com | Feb 10 2025 23:52:00 | SunTrust Bank, Bankruptcy Dept., P.O. Box 85092, Richmond, VA 23286-0001 |
| 15141648 | + | EDI: SYNC | Feb 11 2025 04:40:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15141649 | + | EDI: SYNC | Feb 11 2025 04:40:00 | Syncb/lumber Liquidato, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15141650 | + | EDI: SYNC | Feb 11 2025 04:40:00 | Syncb/lumliq, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15141651 | + | EDI: SYNC | Feb 11 2025 04:40:00 | Syncb/sams, Po Box 965005, Orlando, FL |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 32896-5005 |
| 15141652 | + | EDI: SYNC | Feb 11 2025 04:40:00 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15141653 | + | EDI: SYNC | Feb 11 2025 04:40:00 | Syncb/sleep Number, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15141654 | + | EDI: SYNC | Feb 11 2025 04:40:00 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 15173807 | ^ | MEBN | Feb 10 2025 23:50:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15142392 | ^ | MEBN | Feb 10 2025 23:50:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15165423 | + | EDI: WTRRNBANK.COM | Feb 11 2025 04:40:00 | TD BANK USA/TARGET CREDIT, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |
| 15141655 | + | EDI: WTRRNBANK.COM | Feb 11 2025 04:40:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15141656 | + | EDI: CITICORP | Feb 11 2025 04:40:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15165430 | | Email/Text: bankruptcy_notices@wgresorts.com | Feb 10 2025 23:52:00 | Westgate Resorts, 2801 Old Winter Garden Road, Ocoee, FL 34761 |
| 15141657 | + | EDI: BLUESTEM | Feb 11 2025 04:40:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15141658 | + | Email/Text: bncmail@w-legal.com | Feb 10 2025 23:53:00 | Weinstein & Riley, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 15141659 | + | EDI: WFFC2 | Feb 11 2025 04:40:00 | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |
| 15187900 | ^ | MEBN | Feb 10 2025 23:49:44 | Westgate Vacation Villas, LLC, 2801 Old Winter Garden Rd., Ocoee, FL 34761-2965 |

TOTAL: 95

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| 15141604 | | Aes/chase Bank |
| 15165355 | *P++ | ABSOLUTE RESOLUTIONS CORPORATION, 8000 NORMAN CENTER DRIVE SUITE 350, BLOOMINGTON MN 55437-1118, address filed with court:, Absolute Resolutions Investments, LLC, 8000 Norman Center Drive, Suite 350, Minneapolis, MN 55437 |
| 15257006 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15165357 | *+ | Aes/pnc Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15165358 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15165359 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15165361 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15165363 | *+ | Becket & Lee, 16 General Warren Blvd., Malvern, PA 19355-1245 |
| 15165364 | *+ | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15165366 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15165367 | *+ | Ccb/apples, Po Box 182120, Columbus, OH 43218-2120 |
| 15165368 | * | Ces/gco Elf Dep, C/o Acs, Utica, NY 13501 |
| 15165369 | * | Ces/wells Fargo, C/o Acs, Utica, NY 13501 |
| 15165370 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15165372 | *+ | Citibank, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15165373 | *+ | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |

| District/off: 0315-2 | User: auto | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Feb 10, 2025 | Form ID: 3180W | Total Noticed: 103 |

| | | |
|---|---|---|
| 15165374 | *+ | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15165376 | *+ | Comenity Bank/levin, Po Box 182789, Columbus, OH 43218-2789 |
| 15165377 | *+ | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15165378 | *+ | Comenitybank/valuecity, Po Box 182789, Columbus, OH 43218-2789 |
| 15165379 | *+ | Comenitybk/coldwater, Po Box 182789, Columbus, OH 43218-2789 |
| 15165380 | *+ | Comenitycb/appleseeds, Po Box 182120, Columbus, OH 43218-2120 |
| 15165381 | *+ | Comenitycb/myplacerwds, Po Box 182120, Columbus, OH 43218-2120 |
| 15165382 | *+ | Cornerstone, Pob Box 145122, Salt Lake City, UT 84114-5122 |
| 15165385 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15165383 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15165384 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15165390 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15165386 | *+ | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15165387 | *+ | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15165388 | *+ | First National Bank Of, 4140 E State St, Hermitage, PA 16148-3401 |
| 15165389 | *+ | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15165391 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15165393 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15165392 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15165395 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15165396 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Hl, 700 Kansas Lane, Monroe, LA 71203 |
| 15165397 | *+ | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 15165398 | *+ | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15165399 | *+ | Lightstream, 303 Peachtree Street Northeast, Atlanta, GA 30308-3253 |
| 15165401 | *+ | Midland Mtg/midfirst, Pob 268959, Oklahoma City, OK 73126-8959 |
| 15165402 | *+ | Nelnet Loans, Po Box 82561, Lincoln, NE 68501-2561 |
| 15165403 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15165405 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, PO Box 41067, Norfolk, VA 23541 |
| 15165407 | *+ | Prosper Marketplace In, 221 Main Street, San Francisco, CA 94105-1906 |
| 15165408 | * | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15165410 | *+ | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15165411 | *+ | Suntrust, 600 W Broadway Ste 2000, San Diego, CA 92101-3358 |
| 15165414 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15165416 | *+ | Syncb/lumber Liquidato, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15165417 | *+ | Syncb/lumliq, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15165418 | *+ | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15165419 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15165420 | *+ | Syncb/sleep Number, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15165421 | *+ | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 15165424 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15165425 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15165427 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15165428 | *+ | Weinstein & Riley, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 15165429 | *+ | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 2 Undeliverable, 59 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-2 | User: auto | Page 7 of 7
Date Rcvd: Feb 10, 2025 | Form ID: 3180W | Total Noticed: 103

Date: Feb 12, 2025            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Dennis M. Sloan | on behalf of Debtor Shawn A Fehl sloanassoc@zoominternet.net  dsloan@sloanassoc.com |
| Dennis M. Sloan | on behalf of Joint Debtor Holly L King sloanassoc@zoominternet.net  dsloan@sloanassoc.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 8