IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>SHAWN A FEHL<br>HOLLY L KING<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>      Movant<br>vs.<br>No Repondents. | Case No.:19-24065<br><br>Chapter 13<br><br>Document No.: 85<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this __10th__ day of __February__, 20__25__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
2/10/25 2:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE    dmr

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24065-CMB |
| Shawn A Fehl | Chapter 13 |
| Holly L King | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 7 |
| Date Rcvd: Feb 10, 2025 | Form ID: pdf900 | Total Noticed: 101 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shawn A Fehl, Holly L King, 1517 Broadway Avenue, McKees Rocks, PA 15136-1703 |
| 15141609 | + | Becket & Lee, 16 General Warren Blvd., Malvern, PA 19355-1245 |
| 15141613 | | Ces/gco Elf Dep, C/o Acs, Utica, NY 13501 |
| 15141614 | | Ces/wells Fargo, C/o Acs, Utica, NY 13501 |
| 15141625 | + | Cornerstone, Pob Box 145122, Salt Lake City, UT 84114-5122 |
| 15141629 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15165404 | + | PA Department Of Labor & Industry, PO Box 28405, Harrisburg, PA 17128-0001 |
| 15141644 | + | Prosper Marketplace In, 221 Main Street, San Francisco, CA 94105-1906 |
| 15141647 | + | Suntrust, 600 W Broadway Ste 2000, San Diego, CA 92101-3358 |
| 15165426 | + | US Department Of Education, c/o FedLoan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 11 2025 00:21:42 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 11 2025 00:07:07 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 10 2025 23:52:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4001 Embarcadero Drive, Arlington, TX 76014-4106 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Feb 10 2025 23:53:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2025 00:07:07 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2025 00:21:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15141603 | | Email/Text: Bankruptcy@absoluteresolutions.com | Feb 10 2025 23:51:00 | Absolute Resolutions Investments, LLC, 8000 Norman Center Drive, Suite 350, Minneapolis, MN 55437 |
| 15150955 | | Email/Text: Bankruptcy@absoluteresolutions.com | Feb 10 2025 23:51:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 15165356 | + | Email/Text: bncnotifications@pheaa.org | Feb 10 2025 23:52:00 | AES/ Chase Bank, POB 61047, Harrisburg, PA 17106-1047 |

Case 19-24065-CMB    Doc 93    Filed 02/12/25    Entered 02/13/25 00:31:01    Desc Imaged
                              Certificate of Notice    Page 3 of 8

| District/off: 0315-2 | User: auto | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Feb 10, 2025 | Form ID: pdf900 | Total Noticed: 101 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15152039 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 10 2025 23:52:00 | | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15141605 | + | Email/Text: bncnotifications@pheaa.org Feb 10 2025 23:52:00 | | Aes/pnc Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15648549 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com Feb 11 2025 00:33:10 | | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 300001, Greenville, TX 75403-3001 |
| 15168167 | | Email/Text: ally@ebn.phinsolutions.com Feb 10 2025 23:51:00 | | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15141606 | + | Email/Text: ally@ebn.phinsolutions.com Feb 10 2025 23:51:00 | | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15141607 | + | Email/Text: creditcardbkcorrespondence@bofa.com Feb 10 2025 23:51:00 | | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15165360 | + | Email/Text: BarclaysBankDelaware@tsico.com Feb 10 2025 23:52:00 | | Barclay's Bank, 700 Prides Xing Road, Newark, DE 19713-6109 |
| 15165362 | + | Email/Text: BarclaysBankDelaware@tsico.com Feb 10 2025 23:52:00 | | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 15141608 | + | Email/Text: BarclaysBankDelaware@tsico.com Feb 10 2025 23:52:00 | | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15141610 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 11 2025 00:21:27 | | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15165365 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Feb 11 2025 01:56:42 | | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15141611 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Feb 11 2025 00:21:19 | | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15166035 | | Email/PDF: bncnotices@becket-lee.com Feb 11 2025 00:21:42 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15141612 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 10 2025 23:52:00 | | Ccb/apples, Po Box 182120, Columbus, OH 43218-2120 |
| 15141615 | + | Email/Text: RASEBN@raslg.com Feb 10 2025 23:52:00 | | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15141616 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 11 2025 00:21:40 | | Citibank, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15173606 | | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 11 2025 00:21:12 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15141617 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 11 2025 00:21:29 | | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15141618 | + | Email/Text: bankruptcy@clearviewfcu.org Feb 10 2025 23:53:00 | | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15165375 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 10 2025 23:52:00 | | Comenity Bank-Bankruptcy Dept., Po Box 183043, Columbus, OH 43218-3043 |
| 15141619 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 10 2025 23:52:00 | | Comenity Bank/levin, Po Box 182789, Columbus, OH 43218-2789 |
| 15141620 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 10 2025 23:52:00 | | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15141621 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 10 2025 23:52:00 | | Comenitybank/valuecity, Po Box 182789, Columbus, OH 43218-2789 |
| 15141622 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 10 2025 23:52:00 | | Comenitybk/coldwater, Po Box 182789, Columbus, OH 43218-2789 |
| 15141623 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 19-24065-CMB    Doc 93    Filed 02/12/25    Entered 02/13/25 00:31:01    Desc Imaged
Certificate of Notice    Page 4 of 8

| District/off: 0315-2 | User: auto | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Feb 10, 2025 | Form ID: pdf900 | Total Noticed: 101 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 10 2025 23:52:00 | Comenitycb/appleseeds, Po Box 182120, Columbus, OH 43218-2120 |
| 15141624 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2025 23:52:00 | Comenitycb/myplacerwds, Po Box 182120, Columbus, OH 43218-2120 |
| 15141628 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2025 00:21:08 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15173743 | | Email/Text: bnc-quantum@quantum3group.com | Feb 10 2025 23:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15141626 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 11 2025 00:07:43 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15156337 | | Email/Text: mrdiscen@discover.com | Feb 10 2025 23:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15141627 | + | Email/Text: mrdiscen@discover.com | Feb 10 2025 23:51:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15141633 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 10 2025 23:52:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15141630 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Feb 10 2025 23:53:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15141631 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 10 2025 23:52:00 | First National Bank Of, 4140 E State St, Hermitage, PA 16148-3401 |
| 15141632 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 10 2025 23:52:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15141634 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 10 2025 23:52:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15165394 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 10 2025 23:52:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15173903 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 10 2025 23:53:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15165371 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 11 2025 01:56:44 | Chase Mortgage, PO Box 24696, Columbus, OH 43224 |
| 15141635 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 11 2025 00:07:40 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15141636 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 11 2025 01:04:38 | Jpmcb Hl, 700 Kansas Lane, Monroe, LA 71203 |
| 15156915 | + | Email/Text: RASEBN@raslg.com | Feb 10 2025 23:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15141637 | ^ | MEBN | Feb 10 2025 23:49:26 | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 15141638 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 10 2025 23:52:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15174603 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2025 00:06:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15141639 | + | Email/Text: bankruptcy@lightstream.com | Feb 10 2025 23:53:00 | Lightstream, 303 Peachtree Street Northeast, Atlanta, GA 30308-3253 |
| 15165400 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 11 2025 01:56:46 | Lowes Home Centers Inc, PO Box 530914, Atlanta, GA 30353-0914 |
| 15175652 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 11 2025 01:56:46 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15170432 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 10 2025 23:53:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15141640 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |

Case 19-24065-CMB    Doc 93    Filed 02/12/25    Entered 02/13/25 00:31:01    Desc Imaged
Certificate of Notice    Page 5 of 8

| District/off: 0315-2 | User: auto | Page 4 of 7 |
| --- | --- | --- |
| Date Rcvd: Feb 10, 2025 | Form ID: pdf900 | Total Noticed: 101 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | Feb 11 2025 00:21:32 | Midland Mtg/midfirst, Pob 268959, Oklahoma City, OK 73126-8959 |
| 15141641 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Feb 10 2025 23:53:00 | Nelnet Loans, Po Box 82561, Lincoln, NE 68501-2561 |
| 15150401 | | Email/PDF: cbp@omf.com | | |
| | | | Feb 11 2025 01:56:44 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15141642 | + | Email/PDF: cbp@omf.com | | |
| | | | Feb 11 2025 00:07:02 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15141643 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 11 2025 00:32:52 | Portfolio Recovery, PO Box 41067, Norfolk, VA 23541 |
| 15479833 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 11 2025 00:07:43 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15167181 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 11 2025 01:56:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15165406 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 11 2025 01:56:42 | PRA Receivables, PO Box 12914, Norfolk, VA 23541-0914 |
| 15141645 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Feb 10 2025 23:52:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15165409 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Feb 10 2025 23:52:00 | Robertson, Anschutz & Schneid, P.L, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 15165412 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 11 2025 00:07:05 | SYNCB, PO BOX 965015, Orlando, FL 32896-5015 |
| 15165413 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 11 2025 01:15:57 | SYNCB/AMAZON, PO BOX 965015, Orlando, FL 32896-5015 |
| 15165415 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 11 2025 01:56:42 | SYNCB/LOWES, PO Box 965036, Orlando, FL 32896-5036 |
| 15165422 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 11 2025 00:07:07 | SYNCHRONY BANK/TJX, PO BOX 965024, Orlando, FL 32896-5024 |
| 15141646 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 11 2025 00:21:27 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15153289 | + | Email/Text: bankruptcy@bbandt.com | | |
| | | | Feb 10 2025 23:52:00 | SunTrust Bank, Bankruptcy Dept., P.O. Box 85092, Richmond, VA 23286-0001 |
| 15141648 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 11 2025 01:03:53 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15141649 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 11 2025 01:56:46 | Syncb/lumber Liquidato, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15141650 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 11 2025 00:21:28 | Syncb/lumliq, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15141651 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 11 2025 01:05:15 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15141652 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 11 2025 01:56:44 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15141653 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 11 2025 00:21:50 | Syncb/sleep Number, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15141654 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 11 2025 01:05:15 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 15173807 | ^ | MEBN | | |
| | | | Feb 10 2025 23:50:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15142392 | ^ | MEBN | | |
| | | | Feb 10 2025 23:50:32 | Synchrony Bank, c/o of PRA Receivables |

Case 19-24065-CMB    Doc 93    Filed 02/12/25    Entered 02/13/25 00:31:01    Desc Imaged
Certificate of Notice    Page 6 of 8

| District/off: 0315-2 | User: auto | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Feb 10, 2025 | Form ID: pdf900 | Total Noticed: 101 |

| Recip ID | Bypass | Notice Type | Timestamp | Name and Address |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15165423 | + | Email/Text: bncmail@w-legal.com | Feb 10 2025 23:52:00 | TD BANK USA/TARGET CREDIT, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |
| 15141655 | + | Email/Text: bncmail@w-legal.com | Feb 10 2025 23:52:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15141656 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2025 00:21:39 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15165430 | | Email/Text: bankruptcy_notices@wgresorts.com | Feb 10 2025 23:52:00 | Westgate Resorts, 2801 Old Winter Garden Road, Ocoee, FL 34761 |
| 15141657 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 10 2025 23:53:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15141658 | + | Email/Text: bncmail@w-legal.com | Feb 10 2025 23:53:00 | Weinstein & Riley, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 15141659 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 11 2025 00:21:27 | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |
| 15187900 | ^ | MEBN | Feb 10 2025 23:49:45 | Westgate Vacation Villas, LLC, 2801 Old Winter Garden Rd., Ocoee, FL 34761-2965 |

TOTAL: 91

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| 15141604 | | Aes/chase Bank |
| 15165355 | *P++ | ABSOLUTE RESOLUTIONS CORPORATION, 8000 NORMAN CENTER DRIVE SUITE 350, BLOOMINGTON MN 55437-1118, address filed with court:, Absolute Resolutions Investments, LLC, 8000 Norman Center Drive, Suite 350, Minneapolis, MN 55437 |
| 15257006 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15165357 | *+ | Aes/pnc Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15165358 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15165359 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15165361 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15165363 | *+ | Becket & Lee, 16 General Warren Blvd., Malvern, PA 19355-1245 |
| 15165364 | *+ | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15165366 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15165367 | *+ | Ccb/apples, Po Box 182120, Columbus, OH 43218-2120 |
| 15165368 | * | Ces/gco Elf Dep, C/o Acs, Utica, NY 13501 |
| 15165369 | * | Ces/wells Fargo, C/o Acs, Utica, NY 13501 |
| 15165370 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15165372 | *+ | Citibank, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15165373 | *+ | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15165374 | *+ | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15165376 | *+ | Comenity Bank/levin, Po Box 182789, Columbus, OH 43218-2789 |
| 15165377 | *+ | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15165378 | *+ | Comenitybank/valuecity, Po Box 182789, Columbus, OH 43218-2789 |
| 15165379 | *+ | Comenitybk/coldwater, Po Box 182789, Columbus, OH 43218-2789 |
| 15165380 | *+ | Comenitycb/appleseeds, Po Box 182120, Columbus, OH 43218-2120 |
| 15165381 | *+ | Comenitycb/myplacerwds, Po Box 182120, Columbus, OH 43218-2120 |
| 15165382 | *+ | Cornerstone, Pob Box 145122, Salt Lake City, UT 84114-5122 |
| 15165385 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15165383 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15165384 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15165390 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |

Case 19-24065-CMB   Doc 93   Filed 02/12/25   Entered 02/13/25 00:31:01   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: auto | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Feb 10, 2025 | Form ID: pdf900 | Total Noticed: 101 |

| | | |
|---|---|---|
| 15165386 | *+ | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15165387 | *+ | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15165388 | *+ | First National Bank Of, 4140 E State St, Hermitage, PA 16148-3401 |
| 15165389 | *+ | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15165391 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15165393 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15165392 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15165395 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15165396 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Hl, 700 Kansas Lane, Monroe, LA 71203 |
| 15165397 | *+ | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 15165398 | *+ | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15165399 | *+ | Lightstream, 303 Peachtree Street Northeast, Atlanta, GA 30308-3253 |
| 15165401 | *+ | Midland Mtg/midfirst, Pob 268959, Oklahoma City, OK 73126-8959 |
| 15165402 | *+ | Nelnet Loans, Po Box 82561, Lincoln, NE 68501-2561 |
| 15165403 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15165405 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, PO Box 41067, Norfolk, VA 23541 |
| 15165407 | *+ | Prosper Marketplace In, 221 Main Street, San Francisco, CA 94105-1906 |
| 15165408 | * | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15165410 | *+ | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15165411 | *+ | Suntrust, 600 W Broadway Ste 2000, San Diego, CA 92101-3358 |
| 15165414 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15165416 | *+ | Syncb/lumber Liquidato, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15165417 | *+ | Syncb/lumliq, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15165418 | *+ | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15165419 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15165420 | *+ | Syncb/sleep Number, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15165421 | *+ | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 15165424 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15165425 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15165427 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15165428 | *+ | Weinstein & Riley, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 15165429 | *+ | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 2 Undeliverable, 59 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2025                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 7 of 7 |
| Date Rcvd: Feb 10, 2025 | Form ID: pdf900 | Total Noticed: 101 |

Dennis M. Sloan
    on behalf of Debtor Shawn A Fehl sloanassoc@zoominternet.net  dsloan@sloanassoc.com

Dennis M. Sloan
    on behalf of Joint Debtor Holly L King sloanassoc@zoominternet.net  dsloan@sloanassoc.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com,
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 8