**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

SHAWN A FEHL
HOLLY L KING
      Debtor(s)

Ronda J. Winnecour
      Movant
     vs.
No Repondents.

Case No.:19-24065 CMB

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 10/18/2019  and confirmed on 02/20/2020 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 275,311.27 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 275,311.27 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 13,900.63 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 17,400.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|    MIDFIRST BANK SSB* | 0.00 | 88,439.64 | 0.00 | 88,439.64 |
|      Acct: 5162 | | | | |
|    MIDFIRST BANK SSB* | 16,584.26 | 16,584.26 | 0.00 | 16,584.26 |
|      Acct: 5162 | | | | |
|    WESTGATE RESORTS LTD | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 1277 | | | | |
|    ALLY FINANCIAL(*) | 11,850.00 | 11,850.00 | 987.37 | 12,837.37 |
|      Acct: 3760 | | | | |
|    AMERICREDIT FINANCIAL SVCS INC DBA | 2,767.69 | 2,767.69 | 625.66 | 3,393.35 |
|      Acct: 4135 | | | | |
| | | | | 121,254.62 |
| Priority | | | | |
|    DENNIS M SLOAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    SHAWN A FEHL | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    MCELRATH LEGAL HOLDINGS LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL W MCELRATH JR ESQ++ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 962.61 | 962.61 | 0.00 | 962.61 |
| Acct: 6375 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 101.54 | 101.54 | 0.00 | 101.54 |
| Acct: XXXXXXXXXBANK | | | | |
| | | | | 1,064.15 |
| **Unsecured** | | | | |
| AIDVANTAGE O/B/O THE DEPARTMENT O | 0.00 | 3,000.00 | 0.00 | 3,000.00 |
| Acct: 6375 | | | | |
| ABSOLUTE RESOLUTIONS INVESTMENT! | 7,306.67 | 7,306.67 | 0.00 | 7,306.67 |
| Acct: 4733 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0013 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3985 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BECKET & LEE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 5,364.66 | 5,364.66 | 0.00 | 5,364.66 |
| Acct: 7527 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7777 | | | | |
| CCB CREDIT SVCS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0661 | | | | |
| AFSA DATA CORP/ACS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5741 | | | | |
| AFSA DATA CORP/ACS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3751 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 10,673.57 | 10,673.57 | 0.00 | 10,673.57 |
| Acct: 9424 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 783.00 | 783.00 | 0.00 | 783.00 |
| Acct: 9574 | | | | |
| CHASE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 6,404.52 | 6,404.52 | 0.00 | 6,404.52 |
| Acct: 8164 | | | | |
| LVNV FUNDING LLC | 3,197.01 | 3,197.01 | 0.00 | 3,197.01 |
| Acct: 6596 | | | | |
| CLEARVIEW FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1786 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9198 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9379 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5321 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0069 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2305 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| CORNERSTONE LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| DISCOVER BANK(*) | 8,960.90 | 8,960.90 | 0.00 | 8,960.90 |
| Acct: 2263 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4204 | | | | |
| DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8460 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 11,125.02 | 11,125.02 | 0.00 | 11,125.02 |
| Acct: 2248 | | | | |
| FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8409 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5537 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0311 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5367 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9424 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9420 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0567 | | | | |
| KIA MOTOR FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8555 | | | | |
| CAPITAL ONE NA** | 3,373.65 | 3,373.65 | 0.00 | 3,373.65 |
| Acct: 8581 | | | | |
| LIGHTSTREAM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3063 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0274 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 9,241.63 | 9,241.63 | 0.00 | 9,241.63 |
| Acct: 3994 | | | | |
| OFFICE OF UC BENEFITS POLICY** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 3,109.00 | 3,109.00 | 0.00 | 3,109.00 |
| Acct: 9918 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 3,372.13 | 3,372.13 | 0.00 | 3,372.13 |
| Acct: 2888 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 9,033.07 | 9,033.07 | 0.00 | 9,033.07 |
| Acct: 5667 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 7,999.73 | 7,999.73 | 0.00 | 7,999.73 |
| Acct: 6404 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 759.88 | 759.88 | 0.00 | 759.88 |
| Acct: 3885 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 8,500.15 | 8,500.15 | 0.00 | 8,500.15 |
| Acct: 5853 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 2,571.46 | 2,571.46 | 0.00 | 2,571.46 |
| Acct: 9512 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9512 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 328.52 | 328.52 | 0.00 | 328.52 |
| Acct: 2305 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 5,022.62 | 5,022.62 | 0.00 | 5,022.62 |
| Acct: 7897 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |

19-24065 CMB   **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS**   Page 4 of 5

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: | | | | |
| PROSPER LENDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9256 | | | | |
| QUANTUM3 GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIBANK NA** | 833.64 | 833.64 | 0.00 | 833.64 |
| Acct: 2487 | | | | |
| SUNTRUST BANK | 11,089.81 | 10,988.27 | 0.00 | 10,988.27 |
| Acct: 3063 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6233 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4727 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4669 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4924 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 567.93 | 567.93 | 0.00 | 567.93 |
| Acct: 8077 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0023 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5755 | | | | |
| TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4284 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 324.15 | 324.15 | 0.00 | 324.15 |
| Acct: 3295 | | | | |
| CITIBANK NA** | 6,098.07 | 6,098.07 | 0.00 | 6,098.07 |
| Acct: 3708 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3783 | | | | |
| WEINSTEIN & RILEY PS** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7350 | | | | |
| WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WELLS FARGO DEALER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8838 | | | | |
| INTERNAL REVENUE SERVICE* | 34.94 | 34.94 | 0.00 | 34.94 |
| Acct: 6375 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 6,617.68 | 6,617.68 | 0.00 | 6,617.68 |
| Acct: 0159 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9512 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 135,591.87 |

TOTAL PAID TO CREDITORS                    257,910.64

**TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS**

TOTAL CLAIMED
PRIORITY                  1,064.15
SECURED                 31,201.95
UNSECURED              132.693.41


Date: 03/11/2025                          /s/ Ronda J. Winnecour

                                          RONDA J WINNECOUR PA ID
                                          #30399
                                          CHAPTER 13 TRUSTEE WD
                                          PA
                                          600 GRANT STREET
                                          SUITE 3250 US STEEL TWR
                                          PITTSBURGH, PA  15219
                                          (412) 471-5566
                                          cmecf@chapter13trusteewdpa.co
                                          m