**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>　　SHAWN A FEHL<br>　　HOLLY L KING<br>　　　　Debtor(s) | Case No. 19-24065CMB |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1) The case was filed on 10/18/2019.

　　2) The plan was confirmed on 02/20/2020.

　　3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/07/2020.

　　4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

　　5) The case was completed on 11/04/2024.

　　6) Number of months from filing or conversion to last payment: 61.

　　7) Number of months case was pending: 65.

　　8) Total value of assets abandoned by court order: NA.

　　9) Total value of assets exempted: $115,733.65.

　　10) Amount of unsecured claims discharged without full payment: $7,137.54.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $275,311.27 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $275,311.27

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $13,900.63 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $17,400.63

Attorney fees paid and disclosed by debtor:    $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABSOLUTE RESOLUTIONS INVESTM | Unsecured | 0.00 | 7,306.67 | 7,306.67 | 7,306.67 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AFSA DATA CORP/ACS++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AFSA DATA CORP/ACS++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AIDVANTAGE O/B/O THE DEPARTME | Unsecured | 49,474.00 | 48,412.92 | 0.00 | 3,000.00 | 0.00 |
| ALLY FINANCIAL(*) | Secured | 12,369.00 | 11,850.00 | 11,850.00 | 11,850.00 | 987.37 |
| AMERICREDIT FINANCIAL SVCS INC | Secured | 22,798.38 | 22,798.38 | 2,767.69 | 2,767.69 | 625.66 |
| BANK OF AMERICA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA** | Unsecured | 0.00 | 3,373.65 | 3,373.65 | 3,373.65 | 0.00 |
| CAPITAL ONE** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CCB CREDIT SVCS* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA** | Unsecured | 0.00 | 833.64 | 833.64 | 833.64 | 0.00 |
| CITIBANK NA** | Unsecured | 0.00 | 6,098.07 | 6,098.07 | 6,098.07 | 0.00 |
| CLEARVIEW FCU** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CORNERSTONE LOAN SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 0.00 | 11,125.02 | 11,125.02 | 11,125.02 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 8,960.00 | 8,960.90 | 8,960.90 | 8,960.90 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 4,504.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIRST NATIONAL BANK OF OMAHA(* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 700.00 | 962.61 | 962.61 | 962.61 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 34.94 | 34.94 | 34.94 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 528.00 | 567.93 | 567.93 | 567.93 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA S/B/M/ | Unsecured | 10,673.57 | 10,673.57 | 10,673.57 | 10,673.57 | 0.00 |
| JPMORGAN CHASE BANK NA S/B/M/ | Unsecured | 783.00 | 783.00 | 783.00 | 783.00 | 0.00 |
| KIA MOTOR FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LIGHTSTREAM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 0.00 | 3,197.01 | 3,197.01 | 3,197.01 | 0.00 |
| MIDFIRST BANK SSB* | Secured | 112,853.00 | 117,215.94 | 0.00 | 88,439.64 | 0.00 |
| MIDFIRST BANK SSB* | Secured | 0.00 | 16,584.26 | 16,584.26 | 16,584.26 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 0.00 | 6,404.52 | 6,404.52 | 6,404.52 | 0.00 |
| OFFICE OF UC BENEFITS POLICY** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC(* | Unsecured | 9,241.63 | 9,241.63 | 9,241.63 | 9,241.63 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 3,200.82 | 3,109.00 | 3,109.00 | 3,109.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 3,372.13 | 3,372.13 | 3,372.13 | 3,372.13 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 0.00 | 9,033.07 | 9,033.07 | 9,033.07 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 0.00 | 7,999.73 | 7,999.73 | 7,999.73 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 759.08 | 759.88 | 759.88 | 759.88 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 8,500.15 | 8,500.15 | 8,500.15 | 8,500.15 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,606.00 | 2,571.46 | 2,571.46 | 2,571.46 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 328.00 | 328.52 | 328.52 | 328.52 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 5,022.62 | 5,022.62 | 5,022.62 | 5,022.62 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 5,540.00 | 5,364.66 | 5,364.66 | 5,364.66 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 324.00 | 324.15 | 324.15 | 324.15 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | NA | 6,617.68 | 6,617.68 | 6,617.68 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 2,305.00 | NA | NA | 0.00 | 0.00 |
| PROSPER LENDING LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RONDA J WINNECOUR TRUSTEE/CLE | Priority | NA | 0.00 | 101.54 | 101.54 | 0.00 |
| SUNTRUST BANK | Unsecured | 11,035.00 | 11,089.81 | 11,089.81 | 10,988.27 | 0.00 |
| SYNCHRONY BANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TD BANK NA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION - N | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION - N | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK-FINGERHUT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK-FINGERHUT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEINSTEIN & RILEY PS** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO DEALER SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WESTGATE RESORTS LTD | Secured | 47,280.00 | 52,911.61 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $88,439.64 | $0.00 |
| Mortgage Arrearage | $16,584.26 | $16,584.26 | $0.00 |
| Debt Secured by Vehicle | $14,617.69 | $14,617.69 | $1,613.03 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$31,201.95** | **$119,641.59** | **$1,613.03** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,064.15 | $1,064.15 | $0.00 |
| **TOTAL PRIORITY:** | **$1,064.15** | **$1,064.15** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$132,693.41** | **$135,591.87** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $17,400.63 |
| Disbursements to Creditors | $257,910.64 |
| **TOTAL DISBURSEMENTS:** | **$275,311.27** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/14/2025      By: /s/ Ronda J. Winnecour
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**